# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Heidi J. Meyers, Esq.
Law Office of Heidi J. Meyers
233 Broadway, Suite 801
New York, N.Y. 10279
(212) 791-4007
HM-9696

| | |
|---|---|
| Maha Naim AL ADHADH<br>A#: 078-775-159  (Principal)<br>Petitioner,<br><br>v.<br><br>MICHAEL B. MUKASEY, Attorney<br>General of the United States;<br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>ROBERT S. MUELLER III, Director of<br>the Federal Bureau of Investigations;<br>ROBERT DIVINE, Acting Director, U.S<br>Citizenship and Immigration Services;<br>ANDREA QUARANTILLO, Director of<br>the USCIS New York District Office;<br>DENNIS BUNCE, Section Chief, New<br>York Adjudication Section;<br>DEPARTMENT OF JUSTICE;<br>DEPARTMENT OF HOMELAND<br>SECURITY;<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES;<br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>Respondents. | Case No 07 CV 10638<br><br><br>PETITION FOR REVIEW OF<br>APPLICATION FOR NATURALIZATION<br>PURSUANT TO INA § 336(b) |

        COMES NOW Maha Naim Al Adhadh, Plaintiff, in the above-styled and
numbered case, and for her cause of action would show the court the following:

1. This is a lawsuit brought by Maha Naim Al Adhadh, to obtain naturalization by this court pursuant section 336(b) of the Immigration and Naturalization Act, 8 U.S.C. § 1447(b), and mandamus to compel the Respondents to complete any required background checks. The United States Citizenship and Immigration Services ("CIS") conducted the naturalization interview of Ms. Al Adhadh on April 27, 2006. Ms.Al Adhadh meets all of the statutory eligibility requirements for citizenship. There has been a delay of more than one year after her interview in adjudicating her application. This court has exclusive jurisdiction pursuant to INA § 336(b), 8 U.S.C. § 1447(b), to make a determination on her application for naturalization because it is more than 120 days after the naturalization interview. Petitioner requests that this Court review her application for naturalization de novo and order that her naturalization application be approved.

## PARTIES

2. Petitioner is a lawful permanent resident of the United States of America. Ms. Al Adhadh resides in New York, New York.

3. Michael B. Mukasey, Attorney General of the United States, has been conferred the authority to naturalize persons as citizens of the United States by INA § 310(a) 8 U.S.C. § 1421(a), and is sued here in his official capacity.

4. Michael Chertoff is the Secretary of the Department of Homeland Security ("DHS"). As of March 1, 2003, DHS is the agency responsible for implementing the Immigration and Nationality Act. Within DHS, the United States Citizenship and Immigration Services (USCIS) is responsible for implementing the provisions under which lawful permanent residents can be naturalized and become United States citizens. Respondent Chertoff is sued in his official capacity.

5. Robert S. Mueller III is the Director of the Federal Bureau of Investigations, a component of the Department of Justice, and is sued in his official capacity. The FBI has responsibility to complete certain name checks, security checks and other background checks for USCIS and other federal agencies.

6. Robert Divine, is the Acting Director of the USCIS, and is generally charged with the administration of the benefits governed by the INA. INA § 103(c); 8 U.S.C. §1103(c).

7. Andrea Quarantillo is the New York District Director, and has overall responsibility for adjudication of naturalization applications for applicants living in New York.

8. Dennis Bunce, is the Section Chief for the naturalization unit for the New York District office, USCIS.

9. The U.S. Department of Justice is the agency of the United States government that, under the direction of the Attorney General, has authority to conduct background checks and security checks for individuals who are applying for naturalization.

10. The Department of Homeland Security is the agency of the United States government that is responsible for implementing the citizenship provisions of the law.

11. The United States Citizenship and Immigration Services ("USCIS") is the component of DHS that is responsible for processing and adjudicating the applications for citizenship of permanent residents.

12. The Federal Bureau of Investigation is the federal agency with responsibility to complete certain name checks, security checks and other background checks for USCIS and other federal agencies.

## JURISDICTION

13. This Court has jurisdiction pursuant to INA § 336(b), 8 U.S.C. § 1447(b) (jurisdiction over naturalization applications where there has been a delay of over 120 days after the naturalization interview); 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. § 1361 (mandamus); 28 U.S.C. § 2201 (Declaratory Judgement Act); and 5 U.S.C. § 701 (Administrative Procedures Act).

## VENUE

14. Venue in the Southern District of New York is appropriate pursuant to 28 USC §1391(e) because Petitioner resides within this District. She lives in New York County.

## EXHAUSTION OF REMEDIES

15. Petitioner has exhausted her administrative remedies. Petitioner has made numerous inquiries concerning the status of her naturalization application to no avail.

## STATEMENT OF FACTS

16. Petitioner is a native and citizen of Iraq. Petitioner's father was killed by Saddam Hussein and Petitioner was granted refugee status, and entered the U.S. as a refugee.

17. Petitioner was admitted to lawful permanent residency as a refugee from Iraq to the United States on May 04, 2000. She has resided continuously in the United States since she obtained her lawful permanent resident status. See Exhibit A, copy of

greencard, I-94 card, approval for entry to US as Section 207 Refugee and refugee travel document.

18. Petitioner is a licensed Medical Doctor who has recently completed her Residency in Internal Medicine at New York Downtown Hospital. See Exhibit B, resume, letter from American Board of Internal Medicine stating that she passed the certification exam in internal medicine, Bachelor Degree in Medicine and Surgery from Baghdad University, NYS License in Medicine and Surgery, ECFMG certificate, New York Downtown Hospital certificate for completion of residency in Internal Medicine

19. On August 25, 2005, Petitioner filed an application for naturalization with the U.S. Citizenship and Immigration Services. See Exhibit C, USCIS receipt notice for Form N-400 and Form N-400.

20. On September 23, 2005, USCIS took Petitioner's fingerprints for purposes of a background check. On information and belief, prior to the scheduling of her naturalization interview, USCIS submitted a request to the FBI for a criminal history background check. Petitioner appeared for an examination of her application for naturalization on April 27, 2006 at the New York USCIS Office. She passed the English, history and government tests and was found to meet the residence requirements for citizenship. See Exhibit D, Fingerprint notice dated September 07, 2005, and fingerprinting notice stamped that biometrics were taken on September 23, 2005. Form N-652, Naturalization Interview Results, dated 4/27/2006, stating that she passed the English, U.S. history and government tests and that USCIS will send her a written decision about her application. Letter from DAO Yim stating that her FBI name check has not cleared. Letter from USCIS dated May 16, 2007 stating that security clearances are still pending.

21. She possesses good moral character for the five-year period prior to her application and up to the present. She has filed federal tax returns each year. She has never been arrested. She meets all of the eligibility requirements for citizenship. See Exhibit E, federal income tax returns and Forms W-2 for 2001 - 2005

22. According to statements of USCIS, Petitioner's Application for Naturalization is still pending due to outstanding background security checks. More than one year has elapsed since the naturalization interview and no action has been taken by USCIS of Ms. Maha Al Adhadh's application for naturalization.

23. On May 16, 2007 Ms. Al Adhadh made an inquiry in regards to her naturalization application. On the same day, Ms. Al Adhadh received a letter from C. Hernandez, Immigration Information Officer from the New York Naturalization Section. The letter indicated that the naturalization application was still pending due to security checks.

24. Petitioner has exhausted all administrative remedies. She has the right to obtain this Court's de novo judicial review pursuant to INA § 310©, 8 U.S.C. § 1421(c), and to request a hearing.

4

## REQUEST FOR RELIEF

WHEREFORE, Petitioner Maha Al Adhadh respectfully requests that this Court:

1. Assume jurisdiction over this matter;

2. Find that Respondent FBI has unreasonably and unlawfully delayed in completing the necessary background checks in a timely manner, and has unreasonably and unlawfully delayed in providing the results of background checks to the USCIS;

3. Direct that the USCIS and the FBI complete any and all necessary name checks or other background or security checks within 30 days, and promptly provide the results to USCIS;

4. Review *de novo* Petitioner's application for naturalization, determine that she meets all the requirements for citizenship, grant her naturalization, and direct that USCIS promptly schedule an oath ceremony and issue her Certificate of Citizenship;

5. If necessary, order that a hearing take place concerning her application of naturalization;

6. Award reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act; and

7. Grant any and all further relief this Court deems just and proper.

Respectfully submitted,

/s Heidi J. Meyers
Law Office of Heidi J. Meyers
233 Broadway, Suite 801
New York, N.Y. 10007
(212) 791-4007
HeidiMeyers@juno.com

Attorney for Petitioner
Bar No. 2611630

Dated: November 26, 2007
New York, N.Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Maha Al Adhadh
A# 078-775-159

Petitioner,


                              v.


Michael Mukasey, Attorney General of the United States;
Michael Chertoff, Secretary of the Department of Homeland Security;
Robert Mueller, Director of the Federal Bureau of Investigations;
Robert Divine, Acting Director, U.S Citizenship and Immigration Services;
Andrea Quarantillo, Director of the USCIS New York District Office;
Dennis Bunce, Section Chief, New York Adjudication Section;
                    Respondents.
----------------------------------------------------------------X

                    AFFIRMATION OF SERVICE

        I, Heidi J. Meyers, an attorney admitted to practice law in the State of New York and
the Southern District of New York, affirm the following under penalty of perjury:
        On the 28th day of November, 2007, copies of the within **PETITION FOR
REVIEW OF APPLICATION FOR NATURALIZATION** were served on the
Respondent by delivering them by **HAND** to the following address and location:


U.S Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, N.Y 10007

Andrea Quarantillo
Director of the USCIS New York District Office
26 Federal Plaza
New York, NY 10278

Dennis Bunce
Section Chief
New York Adjudication Section
26 Federal Plaza, Room 8-800
New York, NY 10278

On the 27th day of November 2007, copies of the within **PETITION FOR REVIEW OF APPLICATION FOR NATURALIZATION** were served on the Respondent by **CERTIFIED MAIL** to the following addresses and location:

Michael Mukasey, Attorney General
United States Department of Justice
10th Street and Constitution Avenue Northwest
Washington, DC 20530

Michael Chertoff
Secretary
US Department of Homeland Security
Washington, DC 20528

Robert Mueller
Director of the Federal Bureau of Investigations
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Robert Divine
Acting Deputy Director
U.S Citizenship and Immigration Services
20 Massachusetts Avenue, NW
Washington, DC 20529

_____
Heidi J. Meyers

Dated: New York, New York
        November 27, 2007

Maha N. Al Adhadh, MD
69 Gold Street 15F, NYC, NY 10038
(646) 912-1850
Dr.Maha@gmail.com

**Education**

| Year | Degree | Institution | |
|---|---|---|---|
| 1999 | M.D. | University of Baghdad College of Medicine | Baghdad, Iraq |

**Internships and Residencies**:

| 2004-2007 | Resident in Medicine, New York Downtown Hospital | New York City, NY |
|---|---|---|

**Licensure and Certification**

| 2007 | New York License Pending |
|---|---|
| 2007 | Board Eligible, American Board of Internal Medicine |
| 2006-2008 | ACLS |
| 2002 | USMLE Step 1 (91) |
| 2003 | USMLE Step 2 (97) |
| 2005 | USMLE Step 3 (84) |
| 2007-2008 | NIH Stroke Scale Certification |

**Professional Memberships**

American Medical Association
American College of Physicians

**Research**

| 1990 -1996 | *Research Assistant* Studying the increase of Leukemia (AML) in Iraqi Children between ages 5-18 |
|---|---|

**Languages**

English and Arabic

**References**

Dr. Warren Licht, Program Director,
Internal Medicine Residency, New York Downtown Hospital
Warren.Licht@downtownhospital.org, Tel. 212 312 5770

Dr. Candido J. Anaya, Associate Program Director,
Internal Medicine Residency, New York Downtown Hospital

Candido.Anaya@downtownhospital.org, Tel. 212 312 5770

Dr. Fabio Giron,
Division of Pulmonary and Critical Care, New York Downtown Hospital
Tel. 212 238-0100, Pager 1401

Dr. Roger Chung, Hospitalist
Department of Medicine, NY Downtown Hospital
rogermnc@yahoo.com, Tel. 212 312-5187,

PROMOTING EXCELLENCE
IN HEALTH CARE

**American Board**
**of Internal Medicine**

510 Walnut Street : Suite 1700 | Philadelphia, PA | 19106-3699 | 215.446.3500   FAX 215.446.3470   E-MAIL request@abim.org

October 24, 2007

Dr. Maha Naim Al Adhadh
69 Gold Street Apartment 15F
New York, NY  10038-1883

Candidate Number: 280621

Donald E. Wesson, MD
*Chair*

Richard J. Baron, MD
*Chair-Elect*

Kenneth S. Polonsky, MD
*Secretary-Treasurer*

Christine K. Cassel, MD
*President*
*Chief Executive Officer*

Marc D. Feldman, MBA
*Senior Vice President*
*Chief Financial Officer*

Eric S. Holmboe, MD
*Senior Vice President*
*Quality Research &*
*Academic Affairs*

Lynn O. Langdon, MS
*Senior Vice President*
*Chief Operating Officer*

Cary S. Sennett, MD, PhD
*Senior Vice President*
*Strategy & Clinical Analytics*

Ann Greiner, MCP
*Vice President*
*Policy*

Donald J. Kooker
*Vice President*
*Information Technology*

Rebecca S. Lipner, PhD
*Vice President*
*Psychometrics &*
*Research Analysis*

Paul A. Poniatowski, MS
*Vice President*
*Test Development*

F. Daniel Duffy, MD
*Senior Advisor*
*to the President*

Dear Dr. Al Adhadh:

Congratulations! The Board is pleased to inform you that you passed the 2007 Certification Examination in Internal Medicine and are now certified as a Diplomate in Internal Medicine. Your certification will remain valid through the year 2017.

The following information regarding your certification is attached:
- Score Report
- Description of the Score Report
- Form to order your certificate(s)

The Board's Web site <www.abim.org> includes a page to verify certification status and information about the ABIM and its activities.  The ABIM verification of certification web page has been updated to indicate that you are certified.

To ensure that you receive timely information from the Board about maintaining your certification, please notify us of any changes in contact information, including an e-mail address. You can update contact information online through the ABIM Web site.

Your name will be provided to the American Board of Medical Specialties for listing in *The Official ABMS Directory of Board Certified Medical Specialists*. You will receive a form from the ABMS, the publisher of the directory, soliciting the information to appear in your listing.

As a newly certified internist, you join a profession committed to life-long learning and quality improvement.  These goals are embodied in the ABIM Maintenance of Certification (MOC) program.  Details about the MOC program can be found on the ABIM Web site, and the Board will inform you by mail about your MOC status annually.

The Board wishes you continued success as a board certified internist.

Most sincerely,

Christine K. Cassel, M.D.

A MEMBER BOARD OF THE
AMERICAN BOARD OF
MEDICAL SPECIALTIES (ABMS)

(TRANSLATION)



## Baghdad University

Based on what the Council of the College of Medicine presented and approved by the Council of Baghdad University

Maha  Naim Hasan Al-Adhadh

was granted the Bachelor Degree in Medicine and Surgery with standing (Pass) and with that she  has the right to enjoy all what this Degree entitles her of rights and privileges .

Written in Baghdad on the Twenty Seventh Day of the Month of Rabie Al-Awal of the Year One Thousand , Four Hundred and Twenty Hijri corresponding to the Tenth Day of the Month of July of the Year One Thousand , Nine Hundred and Ninety Nine A.D.

-Sgd.-

The Dean

Prof. Dr. Hikmet Hussain Al-Shaarbaf

-Sgd.-

University President

Prof. Dr. Mousa Jawad Aziz Al-Musawi

TRANSLATED BY: _Nidhal J. Jazrawi_

Date: 2 9 JUN 2004

NIDHAL J. JAZRAWI

Sworn Translator

NADIR Bureau for Translation

Maslah Road Baghdad Iraq Tel.7196399

نضال جليل جزراوي

مترجمة قانونية مجازة

رقم الهوية   ١٩٣   في ١٩٧٩/١/٢٩

عضو جمعية المترجمين العراقيين

العنوان: مكتب نادر للترجمة ـ مسبح

بغداد ـ هاتف : ٧١٩٦٣٩٩

-Sgd.- Prof. Dr. Huda Mahdi Al-Khateeb
   Registration Director     19/5/2004

-Sgd.- Prof. Dr. Khalid Ibrahim Mousa
   Assistant to the Dean    25/5/2004

Seal : Baghdad University /Deanery of the College of Medicine /
   Registration

No. : 12176    Date : 10/7/1999

Seal : Presidency of Baghdad University /Legalizations
No.  : 13895    Date : 14/6/2004
-Sgd.- Prof. Dr. Hatum Jabbar Attiya Al-Rubaie
   Assistant /University President for Scientific Affairs

Seal : Ministry of Foreign Affairs /Consular Department /
   Legalizations
No.  : 17500    Date : 23/6/2004

We approve the correctness of the seal & signature of Baghdad
University & we are not responsible for the contents of the
document.
-Sgd.- Jamal Abdullah Al-Jabouri
   For/The Minister



بسم الله الرحمن الرحيم

جامعة بغداد

بناءً على ما عرضه مجلس كلية الطب

وأقره مجلس جامعة بغداد منحت

مهى نعيم حسن العضاض

درجة بكالوريوس في الطب والجراحة بتقدير مقبول

وبذلك أصبح لها حق التمتع بكل ما تخوله هذه الدرجة

من حقوق وامتيازات

Original Document in Arabic was seen and verified in this Office

NADER BUREAU



TRANSLATION
NADER BUREAU

ن . د . هدى مسري الخطيب
مديرة التسجيل
٢٠٠٢/١٠/١٩

جامعة بغداد
عمادة السياسة الدولية
الرقم :
١٩٩٩/١٧/١

MINISTRY OF FOREIGN
AFFAIRS
AMBASSADE

17500
23/6/2004

جمال عبدالله الجبوري
AMAL ABU GEBURI

# THE UNIVERSITY OF THE STATE OF NEW YORK

## EDUCATION DEPARTMENT



BE IT KNOWN THAT

## MAHA NAIM AL-ADHADH

HAVING GIVEN SATISFACTORY EVIDENCE OF THE COMPLETION OF PROFESSIONAL AND OTHER REQUIREMENTS PRESCRIBED BY LAW IS QUALIFIED TO PRACTICE

## MEDICINE AND SURGERY

IN THE STATE OF NEW YORK

IN WITNESS WHEREOF THE EDUCATION DEPARTMENT GRANTS THIS LICENSE UNDER ITS SEAL AT ALBANY, NEW YORK THIS TWENTY-THIRD DAY OF OCTOBER, 2007.





EXECUTIVE SECRETARY
STATE BOARD FOR
MEDICINE

ASSOCIATE COMMISSIONER
OFFICE OF THE PROFESSIONS



PRESIDENT OF THE UNIVERSITY
AND COMMISSIONER OF EDUCATION

## LICENSE NUMBER
246581

6204213

# EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES



CERTIFIES THAT

## MAHA NAIM AL ADHADH

HAS SATISFIED ALL THE REQUIREMENTS OF THE COMMISSION,

SUCCESSFULLY PASSED ITS EXAMINATIONS AND HAS BEEN AWARDED THIS CERTIFICATE.

*N. Lynn Eckhart, M.D., Dr.P.H*
_____
CHAIR, BOARD OF TRUSTEES

*James A. Hallock, MD*
_____
PRESIDENT, CHIEF EXECUTIVE OFFICER

DATE ISSUED     JULY 9, 2004

**CERTIFICATE NUMBER**     0-644-719-7

**MEDICAL SCIENCE**
USMLE STEP 1     DECEMBER 12, 2002
USMLE STEP 2 CK     MAY 12, 2003

**CLINICAL SKILLS**
ECFMG CSA     MAY 28, 2003
VALID INDEFINITELY

**ENGLISH TEST**     MARCH 10, 2003
VALID INDEFINITELY

# NEW YORK DOWNTOWN HOSPITAL



NEW YORK DOWNTOWN HOSPITAL

The President & Trustees of

**WEILL MEDICAL COLLEGE OF CORNELL UNIVERSITY**

in affiliation with

Upon recommendation of the Attending Staff hereby certify that

## Maha Al Adhadh, M.D.

HAS SUCCESSFULLY COMPLETED THE PRESCRIBED COURSE OF
PROFESSIONAL CLINICAL TRAINING WITH ABILITY AND INTEGRITY AS

### Intern and Resident in Internal Medicine

from July 1, 2004 to June 30, 2007

*In Witness Whereof* THIS CERTIFICATE IS ISSUED, WITH THE SIGNATURES OF THE
CHAIRMAN OF THE BOARD OF TRUSTEES, THE PRESIDENT OF THE HOSPITAL, THE CHIEF
OF SERVICE AND THE SEAL OF THE INSTITUTION HEREUNTO AFFIXED.

*Given in the City of New York, in the one hundred fifty fifth year of the Hospital, this thirtieth day
of June, two thousand seven.*



President & Chief Executive Officer

Chairman, Board of Trustees

Chief of Service

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| Receipt | | | NOTICE DATE<br>September 01, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 078 775 159 |
| APPLICATION NUMBER<br>ESC*001478744 | RECEIVED DATE<br>August 25, 2005 | PRIORITY DATE<br>August 25, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MAHA NAIM AL ADHADH
69 GOLD STREET APT 15 F
NEW YORK NY  10038

PAYMENT INFORMATION:

Single Application Fee:        $390.00
Total Amount Received:        $390.00
Total Balance Due:              $0.00

ͰͰͰͰͰͰͰͰͰͰͰͰ

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:              January 17, 1974
Address Where You Live:    69 GOLD STREET APT 15 F
                           NEW YORK NY 10038

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within 540 days of this notice.

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



OMB No. 1115-0009

U.S. Department of Justice
Immigration and Naturalization Service

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

## Part 1. Your Name *(The Person Applying for Naturalization)*

Write your INS "A"- number here:
A 78 77 5159

**A. Your current legal name.**

Family Name *(Last Name)*
AL ADHADH

Given Name *(First Name)*
MAHA

Full Middle Name *(If applicable)*
NAIM

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|

Remarks

**3. Your name exactly as it appears on your Permanent Resident Card.**

Family Name *(Last Name)*
ADHADH

Given Name *(First Name)*
MAHA

Full Middle Name *(If applicable)*
NAIM

**C. If you have ever used other names, provide them below.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| | | |
| | | |

**D. Name change *(optional)***

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?   ☒ Yes   ☐ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*
NAIM

Given Name *(First Name)*
MAHA

Full Middle Name

Action

## Part 2. Information About Your Eligibility   *(Check Only One)*

I am at least 18 years old AND

A. ☒ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND
I have been married to and living with the same U.S. citizen for the last 3 years, AND
my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 07/23/02)N

**Part 3. Information About You**

Write your IN ~ number here:
A 7 8 7 7 5 1 5 9

A. Social Security Number
6 1 3 - 1 9 - 0 2 7 0

B. Date of Birth *(Month/Day/Year)*
0 1 / 1 7 / 1 9 7 4

C. Date You Became a Permanent Resident *(Month/Day/Year)*
0 5 / 0 4 / 2 0 0 0

D. Country of Birth
IRAQ

E. Country of Nationality
IRAQ

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*  ☐ Yes  ☒ No

G. What is your current marital status?  ☒ Single, Never Married  ☐ Married  ☐ Divorced  ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?  ☐ Yes  ☒ No

Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*  ☐ Yes  ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*
69 Gold Street

Apartment Number
15 F

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| New York | U.S.A | NY | 10038 | U.S.A |

B. Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| | | | |

C. Daytime Phone Number *(If any)*
( 617 ) 877 - 7192

Evening Phone Number *(If any)*
( 617 ) 877  7192

E-mail Address *(If any)*
DR. MAHA @ Gmail. Com

**Part 5. Information for Criminal Records Search**

Note: The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

☐ Male    ☒ Female

**B. Height**

5 Feet 3 Inches

**C. Weight**

101 Pounds

**D. Are you Hispanic or Latino?**    ☐ Yes    ☒ No

**E. Race** *(Select one or more.)*

☒ White    ☐ Asian    ☐ Black or African American    ☐ American Indian or Alaskan Native    ☐ Native Hawaiian or Other Pacific Islander

**F. Hair color**

☐ Black    ☒ Brown    ☐ Blonde    ☐ Gray    ☐ White    ☐ Red    ☐ Sandy    ☐ Bald (No Hair)

**G. Eye color**

☒ Brown    ☐ Blue    ☐ Green    ☐ Hazel    ☐ Gray    ☐ Black    ☐ Pink    ☐ Maroon    ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 0 7 / 2 0 0 4 | Present |
| 24322 ALYSSUM PL , Valencia , CA 91354 /USA | 0 2 / 2 0 0 4 | 0 6 / 2 0 0 4 |
| 4202 Fourth Ave #304, San Diego, CA 92103 / USA | 1 1 / 2 0 0 3 | 0 2 / 2 0 0 4 |
| 220 Spring st , Medford, MA 02155 , USA | 0 6 / 2 0 0 3 | 1 0 / 2 0 0 3 |
| 9249 Village Glen Dr. #206 , San Diego , CA 92123, WA | 0 1 / 2 0 0 3 | 0 5 / 2 0 0 3 |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates (Month/Year) From | To | Your Occupation |
|---|---|---|---|---|
| NYU Downtown hospital | 170 William st. New York , NY 10038 | 0 7 / 2 0 0 4 | Present | Medical Doctor |
| Coalition of Provisional Authority (CPA) | Baghdad - Iraq Republican Palace | 0 3 / 2 0 0 4 | 0 6 / 2 0 0 4 | Data analysis for Detainee's office. |
| Lemuel Shattuck hospital | 170 Morton street Jamaica plain, MA 02130 | 0 6 / 2 0 0 3 | 0 9 / 2 0 0 3 | Medical Extern |
| Grossmont Hospital | 5555 Grossmont c.Dr. La Mesa, CA 91944 | 08   2001 07   2002 01 / 2 0 0 3 | 02 / 2002 09 / 2002 01 / 2 0 0 3 | Patient Specialist |
| Viko Test Lab | 2006 Martin Ave. Santa Clara, CA 95050 | 0 1 / 2 0 0 1 | 0 6 / 2 0 0 1 | Quality Assurance |

Continued addresses

A 78-775-159

Maha AL Adhadh

4050 Third Ave. #308
San Diego, CA 92103

July 2001 - January 2003

461 Clifton Ave.
San Jose, CA 95128

December 2000 - July 2001

794 Park Court
Santa Clara, CA 95050

October 2000 - December 2000

3871 Mesa Dr. #204
Oceanside, CA 92065

July 2000 - Sept 2000

Maha Aladhadh

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A 7 8 3 1 5 1 5 9

A. How many total days did you spend outside of the United States during the past 5 years?     `257`  days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?     `3`  trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 03/07/2004 | 06/24/2004 | ☐ Yes  ☒ No | IRAQ | 107 |
| 09/01/2003 | 10/01/2003 | ☐ Yes  ☒ No | Canada | 30 |
| 09/03/2002 | 01/02/2003 | ☐ Yes  ☒ No | Canada | 120 |
| / / | / / | ☐ Yes  ☐ No | | |
| / / | / / | ☐ Yes  ☐ No | | |
| / / | / / | ☐ Yes  ☐ No | | |
| / / | / / | ☐ Yes  ☐ No | | |
| / / | / / | ☐ Yes  ☐ No | | |
| / / | / / | ☐ Yes  ☐ No | | |
| / / | / / | ☐ Yes  ☐ No | | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?     [  ]  If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:     *N/A*

1. Spouse's Family Name *(Last Name)*     Given Name *(First Name)*     Full Middle Name *(If applicable)*

2. Date of Birth  *(Month/Day/Year)*     3. Date of Marriage *(Month/Day/Year)*     4. Spouse's Social Security Number

5. Home Address - Street Number and Name     Apartment Number

City     State     ZIP Code

| **Part 8. Information About Your Marital Hist** *(Continued)* | Write your **"A"- number here:** |
|---|---|
| | A 7 8 . 7 5 1 5 9 |

C. Is your spouse a U.S. citizen?  ☐ Yes  ☐ No  *N/A*

D. If your spouse is a U.S. citizen, give the following information:

   1. When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

     If "Other," give the following information:

   2. Date your spouse became a U.S. citizen  
     _ _ / _ _ / _ _ _ _

   3. Place your spouse became a U.S. citizen *(Please see Instructions)*  
     City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

   1. Spouse's Country of Citizenship  

   2. Spouse's INS "A"- Number *(If applicable)*  
     A _ _ _ _ _ _ _ _

   3. Spouse's Immigration Status  
   ☐ Lawful Permanent Resident  ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|

   2. Prior Spouse's Immigration Status  
   ☐ U.S. Citizen  
   ☐ Lawful Permanent Resident  
   ☐ Other _____

   3. Date of Marriage *(Month/Day/Year)*  
     _ _ / _ _ / _ _ _ _

   4. Date Marriage Ended *(Month/Day/Year)*  
     _ _ / _ _ / _ _ _ _

   5. How Marriage Ended  
   ☐ Divorce  ☐ Spouse Died  ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)?  ☐

If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.  
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|

   2. Prior Spouse's Immigration Status  
   ☐ U.S. Citizen  
   ☐ Lawful Permanent Resident  
   ☐ Other _____

   3. Date of Marriage *(Month/Day/Year)*  
     _ _ / _ _ / _ _ _ _

   4. Date Marriage Ended *(Month/Day/Year)*  
     _ _ / _ _ / _ _ _ _

   5. How Marriage Ended  
   ☐ Divorce  ☐ Spouse Died  ☐ Other _____

**Part 9.  Information About Your Children**

Write your   "A"- number here:

A 7 8 . 7 5 1 5 9

A.  How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.    *N/A*    [ Ø ]

B.  Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |
| | __/__/__ | A_____ | | |

**Part 10.  Additional Questions**

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1.  Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*?    ☐ Yes  ☒ No

2.  Have you **EVER** registered to vote in any Federal, state, or local election in the United States?    ☐ Yes  ☒ No

3.  Have you **EVER** voted in any Federal, state, or local election in the United States?    ☐ Yes  ☒ No

4.  Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return?    ☐ Yes  ☒ No

5.  Do you owe any Federal, state, or local taxes that are overdue?    ☐ Yes  ☒ No

6.  Do you have any title of nobility in any foreign country?    ☐ Yes  ☒ No

7.  Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?    ☐ Yes  ☒ No

**Part 10. Additional Questions *(Continued)***

Write your    "A"- number here:
A 7 8 7 7 5 1 5 9

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☐ Yes  ☒ No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?  ☐ Yes  ☒ No

   b. Any other totalitarian party?  ☐ Yes  ☒ No

   c. A terrorist organization?  ☐ Yes  ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?  ☐ Yes  ☒ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ☒ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

| Part 10. Additional Questions *(Continued)* |
|---|

Write your I   A"- number here:
A 7 8 7 7 5 1 5 9 __

## D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ☒ No

17. Have you **EVER** been charged with committing any crime or offense? ☐ Yes ☒ No

18. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☒ No

21. Have you **EVER** been in jail or prison? ☐ Yes ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, or detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

   a. been a habitual drunkard? ☐ Yes ☒ No

   b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No

   c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☒ No

   d. been married to more than one person at the same time? ☐ Yes ☒ No

   e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☒ No

   f. gambled illegally or received income from illegal gambling? ☐ Yes ☒ No

   g. failed to support your dependents or to pay alimony? ☐ Yes ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☒ No

| Part 10. Additional Questions *(Continued)* | Write your "A"- number here: |
|---|---|
| | A 7 8 7 7 5 1 5 9 |

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☒ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [            ]     Selective Service Number __ / __ __ __ __ __ / __

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### I. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

**Part 11. Your Signature**

Write your S "A"- number here:

A 7 8 7 7 5 1 5 9

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

*Misha Aledhvoll*

Date *(Month/Day/Year)*

0 8 1 1 5 2 0 0 5

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

N / A

Preparer's Printed Name

Preparer's Signature

Date *(Month/Day/Year)*

_ _ / _ _ / _ _ _ _

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

(     )

Preparer's Address - Street Number and Name

City

State

ZIP Code

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ____ and the evidence submitted by me numbered pages 1 through ____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date *(Month/Day/Year)*

Complete Signature of Applicant

Officer's Signature

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing , you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**



| Fingerprint Notification | | | **NOTICE DATE**<br>September 07, 2005 |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **INS A#**<br>A 078 775 159 |
| **APPLICATION NUMBER**<br>ESC*001478744 | **RECEIVED DATE**<br>August 25, 2005 | **PRIORITY DATE**<br>August 25, 2005 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

MAHA NAIM AL ADHADH
69 GOLD STREET APT 15 F
NEW YORK NY  10038

..ıllllııllıııllıldılı

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME TO HAVE YOUR FINGERPRINTS TAKEN.**  If you are unable to appear at this time, you may go on any following Wednesday at the same time noted below, as long as you appear before    12/16/2005.  If you do not have your fingerprints taken by that date, your application will be considered abandoned.

| APPLICATION SUPPORT CENTER<br>INS NEW YORK VARICK ST.<br>201 VARICK STREET<br>1023<br>NEW YORK NY 10014 | DATE AND TIME OF APPOINTMENT<br>09/23/2005<br>12:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**WARNING!**

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

If you have any questions regarding this notice, please feel free to call 1-800-375-5283.

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:    *XNK*
BIOMETRICS QA REVIEW BY:

ON
TENPRINTS QA REVIEW BY:
*395084*  ON  *10/12/05*

APPLICANT COPY



Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: _____

On _____ you were interviewed by USCIS officer _____

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on Form N-14.

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

waiting for oath letter _____

Form N-652 (Rev. 01/14/05)N

Dear applicant,

Your FBI name check has not been cleared. The Service cannot approve your case until this name check process is cleared. After September 11, 2001, a new procedure has been implemented. All applicants who apply for citizenship need to go through a name/background check by FBI (Federal Bureau of Investigation). This is an additional procedure on top of the fingerprint clearance. The Immigration has not been informed by the FBI that there is a definite time frame for this procedure. It could take weeks or months or even years. This additional background check has nothing to do with any particular race, religion, sex, or ethnic group. All the applications will be closely watched and will be checked in a weekly basis. Once the check by FBI is cleared, you will be notified by letter.

Yours truly,

DAO Yim



**Department of Homeland Security**
**Citizenship and Immigration Services**

*A078 775 159*

*26 Federal Plaza*
*New York, NY 10278*

*May 16, 2007*

**Maha Al Adhadh**
**69 Gold Street, 15-F**
**New York, NY 10038**

Dear Applicant:

This will acknowledge receipt of your inquiry dated May 16, 2007 regarding the status of your application for naturalization.

Please be advised that your application is **pending receipt for security checks.** Upon receipt of all security checks, decision will be made on your application for naturalization.

We hope the information provided is helpful. Thank you for your patience and cooperation in this matter.

Sincerely,

C. Hernandez
Immigration Information Officer
Citizenship and Immigration Services
Naturalization Section
New York District

Form **8879**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization**

► Do not send to the IRS. This is not a tax return.
► Keep this form for your records. See instructions.

OMB No. 1545-0074

**2006**

Declaration Control Number (DCN)    ►

00-221672-09062-7

| Taxpayer's name | Social security number |
|---|---|
| MAHA AL-ADHADH | 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 |
| Spouse's name | Spouse's social security number |

| Part I | Tax Return Information – Tax Year Ending December 31, 2006 (Whole Dollars Only) | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 48,293. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 11) | 2 | 6,151. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 7,116. |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 45a; Form 1040EZ, line 12a, Form 1040EZ-T, line 1a) | 4 | 995. |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 47; Form 1040EZ, line 13) | 5 | |

| Part II | Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return) |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return or request for refund and accompanying schedules and statements for the tax year ending December 31, 2006, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return or request for refund. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return or request to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return or request for refund and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize    RALPH E. ROSENBAUM CPA    to enter or generate my PIN    90270
ERO firm name    do not enter all zeros

as my signature on my tax year 2006 electronically filed income tax return or request for refund.

[ ] I will enter my PIN as my signature on my tax year 2006 electronically filed income tax return or request for refund. Check this box **only** if you are entering your own PIN **and** your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature  ►    Date ►

**Spouse's PIN: check one box only**

[ ] I authorize    to enter or generate my PIN
ERO firm name    do not enter all zeros

as my signature on my tax year 2006 electronically filed income tax return or request for refund.

[ ] I will enter my PIN as my signature on my tax year 2006 electronically filed income tax return or request for refund. Check this box **only** if you are entering your own PIN **and** your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature  ►    Date ►

**Practitioner PIN Method Returns Only — continue below**

| Part III | Certification and Authentication — Practitioner PIN Method Only |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN    22167266666
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2006 electronically filed income tax return or request for refund for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature  ►    Date ►    03/27/07

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**BAA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.**    Form **8879** (2006)

FDIA1701    11/10/06

Form **9325**
(Rev January 2007)

Department of the Treasury — Internal Revenue Service

## Acknowledgement and General Information for Taxpayers Who File Returns Electronically

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

Thank you for taking part in the IRS *e-file* Program.

MAHA AL-ADHADH
(Taxpayer Name)

69 GOLD ST APT 15F
(Taxpayer Address optional)

NEW YORK NY 10038

1 [X] Your federal income tax return/extension for ___2006___ was filed electronically with the ___Andover___ Submission Processing Center of the IRS by the services of ___RALPH E. ROSENBAUM CPA___.

2 [X] Your return was accepted by the IRS on ___03/22/2007___ and the Declaration Control Number (DCN) assigned to your return is ___00-221672-09062-7___

a [X] Your return was accepted using a PIN (You entered a PIN or authorized the Electronic Return Originator to enter or generate a PIN for you.)

b [ ] Your return was accepted electronically without a PIN. A Form 8453 signature document is required. Please contact your Electronic Return Originator if you have not already completed a Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return.

3 [ ] Your return was **'conditionally'** accepted by the IRS on _____. The Earned Income Credit or a Dependent's Exemption on your return may be reduced or disallowed due to a Child's Name and Social Security Number mismatch.

4 [ ] Debt Indicator Code — Part or all of your refund may be offset to a debt owed to the Internal Revenue Service, the Office of Child Support Enforcement, or other government agency.

5 [ ] Your electronic funds withdrawal payment was accepted.

6 [ ] Your electronic funds withdrawal payment was NOT accepted. You must pay the balance due by the prescribed due date.

7 [ ] Your Form 4868 extension was accepted by the IRS on _____ and the Declaration Control Number (DCN) assigned to your extension is _____.

PLEASE DO NOT SEND A PAPER COPY OF YOUR RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

### If You Need to Make a Change to Your Return

If you need to make a change or correct the return you filed electronically, you should send a Form 1040X, Amended U.S. Individual Income Tax Return, to the IRS submission processing center that processes paper returns for your area. The address is available at **www.irs.gov**, or you can call the IRS toll-free at 1-800-829-1040.

### If You Need to Ask About Your Refund

The IRS will notify your Electronic Return Originator (ERO) when they accept your return, usually within 48 hours. If your return wasn't accepted, the IRS will notify your ERO of the reasons for rejection. If it has been more than three weeks since the IRS accepted your return and you have not received your refund, go to **www.irs.gov** and click on 'Where's My Refund' then on 'Go Get My Refund Status.' Exception: If box 3 above is checked, please allow 4 to 6 weeks for processing of conditionally accepted returns. Also, you can call the IRS toll-free Tele-Tax return information number, 1-800-829-4477, to check the status of your refund. **You will need to know the first social security number shown on your return, your filing status, and the exact amount of the refund you expect.** Tele-Tax should give you the date for mailing or depositing your refund. You should receive your refund check within 30 days of the date given by Tele-Tax, or within one week of that date if you chose direct deposit. If you don't receive it by then, or if Tele-Tax does not give you refund information, call the IRS office at 1-800-829-1954.

MAHA AL-ADHADH                                                    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        Page 2

## If You Owe Tax

If your e-filed return has a balance due, you must pay the amount you owe by the prescribed due date. If you paid by electronic funds withdrawal (direct debit) or by credit card while e-filing your return, no voucher is needed. To use your credit card to pay by phone or Internet, you may call, toll free, 1-800-2PAY-TAX(SM) (1-800-272-9829), or 1-888-PAY-1040(SM) (1-888-729-1040), or visit **www.officialpayments.com** or **www.PAY1040.com.** You may use a VISA(R) card, American Express(R) Card, Discover Card(R) or MasterCard(R) card. The service providers, based on the amount you are paying, will charge a convenience fee. The fees may vary between providers. You will be told the amount of the fee during the transaction and you will be given the option to either continue or end the transaction.

If you are not paying electronically, you may use the payment voucher, Form 1040-V, you will receive in the mail or you can obtain a payment voucher from your electronic filer. If the IRS doesn't receive your payment by the prescribed due date, you will receive a notice that requests full payment of the tax due, plus penalties and interest. If you can't pay the amount in full, please complete Form 9465, Installment Agreement Request. You may electronically file Form 9465. To obtain a paper Form 9465, you may call 1-800-829-3676 or visit **www.irs.gov.** Mail the paper form to the address in the form's instructions.

## If You Need to Inquire About Your Electronic Funds Withdrawal Payment

You can call 1-888-353-4537, toll-free, to inquire about the status of an electronic funds withdrawal payment. If there is a change to the bank account information included on your return, you should call this number to cancel a scheduled payment. You will need the social security number of the first person listed on the tax return, the payment amount and the bank account number. Cancellation requests must be received no later than 8:00 p.m. Eastern Time, two business days prior to the scheduled payment date.

## Refund Anticipation Loans

A refund anticipation loan is a loan made to you based on the refund you expect to receive. This loan is a contract between you and a lender. The IRS is not involved in this contract, can't grant or deny the loan, and can't answer any questions about it. **If you have any questions about a refund anticipation loan, contact your electronic filer or the lender.**

```
You have requested a refund check mailed to your home address.
You should expect your refund check to be mailed between 04/06/2007 and 04/13/2007**.
Please see line 4 above - "Debt Indicator Code" - for further refund information.

**The IRS does not guarantee a specific date that a refund will be
mailed to a taxpayer's home address.
```



**New York State**

## New York State E-file Signature Authorization for Tax Year 2006
## For Forms IT-150, IT-201, and IT-203
Electronic return originators (EROs) should not mail this form to the Tax Department.

Taxpayer's name: MAHA AL-ADHADH

Spouse's name: _____
*(jointly filed return only)*

**Purpose**

Form TR-579 must be completed to authorize EROs to enter the taxpayer personal identification number (PIN) as the electronic signature for electronic personal income tax returns or electronic funds withdrawals, or both.

**General Instructions**

Taxpayers must complete **Part A** before EROs transmit the taxpayers' electronically filed Forms IT-150, *Resident Income Tax Return (short form)*; IT-201, *Resident Income Tax Return (long form)*; or IT-203, *Nonresident and Part-Year Resident Income Tax Return.*

EROs must complete Part B prior to transmitting electronically filed income tax returns (Forms IT-150, IT-201, and IT-203).

For returns filed jointly, both spouses must complete and sign Form TR-579 and enter their five-digit PIN, or authorize the ERO to do so.

**Do not mail Form TR-579 to the Tax Department.**
EROs must keep this form for three years and present it to the Tax Department upon request.

This form is not required for electronically filed Forms IT-370, *Application for Automatic Six-Month Extension of Time to File for Individuals.* See Form TR-579.1, *New York State Authorization for Electric Funds Withdrawal for Tax Year 2006 Form IT-370.*

---

**Part A — Declaration of taxpayer and authorizations for Forms IT-150, IT-201, and IT-203**

Under penalty of perjury, I declare that I have examined the information on my 2006 New York State electronic personal income tax return, including any accompanying schedules, attachments, and statements, and to the best of my knowledge and belief, my electronic personal income tax return is true, correct, and complete. The ERO has my consent to send my 2006 New York State electronic personal income tax return to New York State through the Internal Revenue Service. I authorize the ERO to enter my PIN as my signature on my 2006 New York State electronic personal income tax return, or I will enter my PIN as my signature on my 2006 New York State electronic personal income tax return. If I am paying my New York State personal income taxes owed by electronic funds withdrawal, I authorize the New York State Tax Department and its designated financial agents to initiate an electronic funds withdrawal from the financial institution account indicated on my 2006 electronic personal income tax return, and I authorize my financial institution to debit the entry to my account.

Enter the five-digit PIN used as the signature on the electronic return:

90270
(taxpayer)

(spouse)

Taxpayer's signature: _____    Date: _____

Spouse's signature: _____    Date: _____
*(jointly filed return only)*

---

**Part B — Declaration of electronic return originator (ERO) and paid preparer**

Under penalty of perjury, I declare that the information contained in this taxpayer's 2006 New York State electronic personal income tax return is the information furnished to me by the taxpayer. If the taxpayer furnished me a completed paper 2006 New York State personal income tax return signed by a paid preparer, I declare that the information contained in the taxpayer's 2006 New York State electronic personal income tax return is identical to that contained in the paper return. If I am the paid preparer, under the penalty of perjury I declare that I have examined this 2006 New York State electronic personal income tax return, and to the best of my knowledge and belief, the return is true, correct, and complete. I have based this declaration on all information available to me.

ERO's signature: _____    Date: _____

Paid preparer's signature: _____    Date: _____

---

TR-579 (11/06)

IN

NYIA6101   01/02/07

Form **1040**    Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return**  **2006**    (99)    IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2006, or other tax year beginning              , 2006, ending              , 20

OMB No. 1545-0074

**Label**
(See instructions.)

Your first name: MAHA    MI    Last name: AL-ADHADH

Your social security number: 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

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name    MI    Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.    Apartment no.
69 GOLD ST    15F

You **must** enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions.    State    ZIP code
NEW YORK    NY    10038

Checking a box below will not change your tax or refund.

**Presidential Election Campaign**
▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . . . . ▶  ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . .
b ☐ Spouse

Boxes checked on 6a and 6b . . 1
No. of children on 6c who:
● lived with you . . . . .
● did not live with you due to divorce or separation (see instrs)

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions.

Dependents on 6c not entered above

Add numbers on lines above . . ▶  1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 47,721.
8a Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . | 8a | 572.
b Tax-exempt interest. Do not include on line 8a . . . . . . . . . . . . | 8b |
9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . | 9a |
b Qualified dividends (see instrs) . . . . . . . . . . . . . . . . . . . | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . . . . . | 10 |
11 Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . . . | 12 |
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . . . . . . . . ▶ ☐ | 13 |
14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
15a IRA distributions . . . . . . . . . | 15a |    b Taxable amount (see instrs) | 15b |
16a Pensions and annuities . . . . | 16a |    b Taxable amount (see instrs) | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 |
18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |
20a Social security benefits . . . . . . . . | 20a |    b Taxable amount (see instrs) | 20b |
21 Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** . ▶ | 22 | 48,293.

**Adjusted Gross Income**

23 Archer MSA deduction. Attach Form 8853 . . . . . . . . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . | 24 |
25 Health savings account deduction. Attach Form 8889 . . . . . . | 25 |
26 Moving expenses. Attach Form 3903 . . . . . . . . . . . . . | 26 |
27 One-half of self-employment tax. Attach Schedule SE . . . . . . | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . | 28 |
29 Self-employed health insurance deduction (see instructions) . . . . . | 29 |
30 Penalty on early withdrawal of savings . . . . . . . . . . . . . | 30 |
31a Alimony paid  b Recipient's SSN . . . . ▶ _____ | 31a |
32 IRA deduction (see instructions) . . . . . . . . . . . . . . . | 32 |
33 Student loan interest deduction (see instructions) . . . . . . . . . | 33 |
34 Jury duty pay you gave to your employer . . . . . . . . . . . . | 34 |
35 Domestic production activities deduction. Attach Form 8903 . . . . . | 35 |
36 Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 |
37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . ▶ | 37 | 48,293.

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**    FDIA0112  11/07/06    Form **1040** (2006)

Form 1040 (2006)    MAHA AL-ADHADH                                                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    Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) ............................ | 38 | 48,293. |
| **Standard Deduction for —** | 39a Check if: ☐ **You** were born before January 2, 1942, ☐ Blind. ☐ **Spouse** was born before January 2, 1942, ☐ Blind. Total boxes checked ► 39a ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► 39b ☐ | | |
| | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) ......... | 40 | 6,602. |
| | 41 Subtract line 40 from line 38 ............................................ | 41 | 41,691. |
| | 42 If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d ... | 42 | 3,300. |
| • All others: | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- ................................... | 43 | 38,391. |
| Single or Married filing separately, $5,150 | 44 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 ... | 44 | 6,151. |
| | 45 Alternative minimum tax (see instructions). Attach Form 6251 ............... | 45 | |
| Married filing jointly or Qualifying widow(er), $10,300 | 46 Add lines 44 and 45 .................................................. ► | 46 | 6,151. |
| | 47 Foreign tax credit. Attach Form 1116 if required ......... 47 | | |
| | 48 Credit for child and dependent care expenses. Attach Form 2441 .. 48 | | |
| | 49 Credit for the elderly or the disabled. Attach Schedule R ... 49 | | |
| Head of household, $7,550 | 50 Education credits. Attach Form 8863 ............. 50 | | |
| | 51 Retirement savings contributions credit. Attach Form 8880 .. 51 | | |
| | 52 Residential energy credits. Attach Form 5695 ........ 52 | | |
| | 53 Child tax credit (see instructions). Attach Form 8901 if required ...... 53 | | |
| | 54 Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 54 | | |
| | 55 Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form _____ 55 | | |
| | 56 Add lines 47 through 55. These are your **total credits** ................. | 56 | |
| | 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ........ ► | 57 | 6,151. |
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE ................................ | 58 | |
| | 59 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 .. | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required .... | 60 | |
| | 61 Advance earned income credit payments from Form(s) W-2, box 9 ............... | 61 | |
| | 62 Household employment taxes. Attach Schedule H ........................... | 62 | |
| | 63 Add lines 57-62. This is your **total tax** ............................. ► | 63 | 6,151. |
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 ... 64 | 7,116. | |
| If you have a qualifying child, attach Schedule EIC. | 65 2006 estimated tax payments and amount applied from 2005 return ...... 65 | | |
| | 66a **Earned income credit (EIC)** ................ 66a | | |
| | b Nontaxable combat pay election ..... ► 66b | | |
| | 67 Excess social security and tier 1 RRTA tax withheld (see instructions) ...... 67 | | |
| | 68 Additional child tax credit. Attach Form 8812 ......... 68 | | |
| | 69 Amount paid with request for extension to file (see instructions) .......... 69 | | |
| | 70 Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 70 | | |
| | 71 Credit for federal telephone excise tax paid. Attach Form 8913 if required ... 71 | 30. | |
| | 72 Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ........ ► | 72 | 7,146. |
| **Refund** | 73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** .. | 73 | 995. |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888. | 74a Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | 74a | 995. |
| | ► b Routing number ........ XXXXXXXXX ► c Type: ☐ Checking ☐ Savings | | |
| | ► d Account number ...... XXXXXXXXXXXXXXXXX | | |
| | 75 Amount of line 73 you want applied to your 2007 estimated tax ► 75 | | |
| **Amount You Owe** | 76 Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ........ | 76 | |
| | 77 Estimated tax penalty (see instructions) ......... 77 | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)? ......... [X] **Yes.** Complete the following. ☐ **No**
Designee's name ► Preparer    Phone no. ►    Personal identification number (PIN) ►

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ►    Date    Your occupation  PHYSICIAN    Daytime phone number

Spouse's signature. If a joint return, **both** must sign.    Date    Spouse's occupation

**Paid Preparer's Use Only**
Preparer's signature ►    Date 03/27/2007    Check if self-employed [X]    Preparer's SSN or PTIN  P00284649
Firm's name (or yours if self-employed), address, and ZIP code ► RALPH E. ROSENBAUM CPA
196 MAIN ST #204
MATAWAN    NJ    07747    EIN 22-2663919    Phone no.

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2006**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

MAHA AL-ADHADH

Your social security number

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

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution. Do not include expenses reimbursed or paid by others.** | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 ..... 2 | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** | 5 | State and local income taxes | 5 | 3,793. | |
| | 6 | Real estate taxes (see instructions) | 6 | | |
| **(See instructions.)** | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 3,793. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | | |
| **(See instructions.)** | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| **Note.** | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 11 | | |
| **Personal interest is not deductible.** | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | | |
| | 14 | Add lines 10 through 13 | | 14 | |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 15 | 500. | |
| **If you made a gift and got a benefit for it, see instructions.** | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 16 | 450. | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | | 18 | 950. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 19 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ See Statement _ _ _ _ _ _ _ _ _ _ _ 2,600. | 20 | 2,600. | |
| | 21 | Tax preparation fees | 21 | 225. | |
| **(See instructions.)** | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 22 | | |
| | 23 | Add lines 20 through 22 | 23 | 2,825. | |
| | 24 | Enter amount from Form 1040, line 38 ..... 24 | 48,293. | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 966. | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | 1,859. |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 38, over $150,500 (over $75,250 if married filing separately)? | | | |
| | | [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40. | | ► 28 | 6,602. |
| | | [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | |
| | 29 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | |

**BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.**        FDIA0301   11/07/05        Schedule A (Form 1040) 2006

Form **2106-EZ**

Department of the Treasury
Internal Revenue Service    (99)

**Unreimbursed Employee Business Expenses**

► Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074

**2006**

Attachment
Sequence No. **54A**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| MAHA AL-ADHADH | PHYSICIAN | 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 |

**You May Use This Form Only if All of the Following Apply.**

- You are an employee deducting ordinary and necessary expenses attributable to your job. An ordinary expense is one that is common and accepted in your field of trade, business, or profession. A necessary expense is one that is helpful and appropriate for your business. An expense does not have to be required to be considered necessary.

- You **do not** get reimbursed by your employer for any expenses (amounts your employer included in box 1 of your Form W-2 are not considered reimbursements for this purpose).

- If you are claiming vehicle expense, you are using the standard mileage rate for 2006.

   **Caution:** *You can use the standard mileage rate for 2006 **only if: (a)** you owned the vehicle and used the standard mileage rate for the first year you placed the vehicle in service, **or (b)** you leased the vehicle and used the standard mileage rate for the portion of the lease period after 1997.*

| Part I | Figure Your Expenses | | |
|---|---|---|---|
| 1 | Vehicle expense using the standard mileage rate. Complete Part II and multiply line 8a by 44.5 ¢ (.445) . . . . . . . | 1 | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc, that **did not** involve overnight travel or commuting to and from work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 1,000. |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Meals and entertainment expenses: $ _____ x 50% (.50) (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 75% (.75) instead of 50%. For details, see instructions.) . . . . . . . . . . | 5 | |
| 6 | Total expenses. Add lines 1 through 5. Enter here and on **Schedule A (Form 1040), line 20** (or on **Schedule A (Form 1040NR, line 9)**. (Armed Forces reservists, fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter this amount.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 1,000. |

| Part II | Information on Your Vehicle. Complete this part **only** if you are claiming vehicle expense on line 1. |
|---|---|

7   When did you place your vehicle in service for business use? (month, day, year) . . . . . . . . . . . . . . . . . . . . . . . . . . ► _ _ _ _ _ _ _

8   Of the total number of miles you drove your vehicle during 2006, enter the number of miles you used your vehicle for:

a Business  _ _ _ _ _ _ _ _ _ _ _ _ _ _   b Commuting (see instr) _ _ _ _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _ _ _ _ _

9   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

10  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

11 a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**                                Form **2106-EZ** (2006)

**Schedule A**    **Misc℮ ℮neous Itemized Deductions Stat ℮nt**    **2006**
**Lines 20, 22, 27**     ► Attach to return (after all IRS forms)     Statement ____

| Name(s) Shown on Return | Social Security Number |
|---|---|
| MAHA AL-ADHADH | 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 |

## Employee Business Expenses — Subject to 2% Limitation

| | | | |
|---|---|---|---|
| 1 | Unreimbursed employee expenses from Form 2106 | 1 | 1,000. |
| 2 | Excluded expenses from Form 2555 | 2 | |
| 3 a | Qualified Educator Expenses | 3a | |
| b | Above the line Educator Expenses: (from Form 1040, line 23A) | 3b | |
| c | Excess Educator Expenses (line 3a less line 3b) | 3c | |
| 4 | Union and professional dues | 4 | |
| 5 | Professional subscriptions | 5 | |
| 6 | Uniforms and protective clothing | 6 | 250. |
| 7 | Job search costs | 7 | |
| 8 | Other: | 8 | |
| | MEDICAL BOOKS/SUPPLIES | | 500. |
| | BUSINESS TELEPHONE | | 650. |
| | LAUNDRY | | 200. |
| 9 | **Total unreimbursed employee business expenses** (combine lines 1 - 8) | 9 | 2,600. |

## Miscellaneous Expenses — Subject to 2% Limitation    Investment Expense ↓

| | | | |
|---|---|---|---|
| 10 | Depreciation and amortization deductions | 10 | |
| 11 | Casualty/theft losses of property used in services as an employee | 11 | |
| 12 | REMIC expenses, from Schedule E | 12 | |
| 13 | Investment expenses related to interest and dividend income | 13 | |
| 14 | Deductions related to portfolio income, miscellaneous deductions, and excess deductions on termination, from Schedule(s) K-1 | 14 | |
| 15 | Miscellaneous deductions excluded on Form 2555 | 15 | |
| 16 | Investment counsel and advisory fees | 16 | |
| 17 | Certain attorney and accounting fees | 17 | |
| 18 | Safe deposit box rental fees | 18 | |
| 19 | IRA custodial fees | 19 | |
| 20 | Loss incurred from total distribution of all traditional IRAs | 20 | |
| 21 | Loss incurred from total distribution of all Roth IRAs | 21 | |
| 22 | Other: | 22 | |
| | | | |
| | | | |
| | | | |
| 23 | **Total miscellaneous expenses** (combine lines 10 through 22) | 23 | |

## Other Miscellaneous Deductions — Not Subject to 2% Limitation

| | | | |
|---|---|---|---|
| 24 | Deductions related to portfolio income, from Schedule(s) K-1 | 24 | |
| 25 | Federal estate tax paid on decedent's income reported on this return | 25 | |
| 26 | Miscellaneous deductions excluded on Form 2555 | 26 | |
| 27 | Impairment-related expenses of a handicapped employee, from Form 2106 | 27 | |
| 28 | Amortizable bond premiums on bonds acquired before 10/23/86 | 28 | |
| 29 | Gambling losses (to the extent of gambling income) | 29 | |
| 30 | Casualty/theft losses of income-producing property | 30 | |
| 31 | Other miscellaneous deductions: | 31 | |
| | | | |
| | | | |
| | | | |
| 32 | **Total other miscellaneous deductions** (combine lines 24 through 31) | 32 | |

2006

New York State Department of Taxation and Finance

# Summary of Federal Form W-2 Statements
### New York State • New York City • Yonkers

**IT-2**

**Do not detach or separate** the W-2 Records below. File Form IT-2 as an entire page. See instructions.

**Do not attach your federal Form(s) W-2.** Keep them for your records.

| Taxpayer's first name and middle initial | Taxpayer's last name | ▼ Your social security number |
|---|---|---|
| MAHA | AL-ADHADH | 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 |
| Spouse's first name and middle initial | Spouse's last name | ▼ Spouse's social security number |

## W-2 Record 1

**Box c** Employer's name and full address (including ZIP code)

NYU DOWNTOWN HOSP
59 MAIDEN LANE                                      NEW YORK                     NY 10038

| | Box 12a Amount | ▼ Code | Box 15 State | Box 16 State wages, tips, etc (for NYS) |
|---|---|---|---|---|
| **Box b** Employer identification number (EIN) | | | NY | 47,721. |
| 13-3049852 | Box 12b Amount | ▼ Code | | **Box 17** New York State income tax withheld |
| **This W-2 record is for** | | | | 2,326. |
| *(mark an X in one box):* | Box 12c Amount | ▼ Code | | **Box 18** Local wages, tips, etc |
| Taxpayer X    Spouse | | | Locality a | 47,721. |
| **Box 1** Wages, tips, other compensation | Box 12d Amount | ▼ Code | Locality b | |
| 47,721. | | | | **Box 19** Local income tax withheld |
| **Box 8** Allocated tips | | | Locality a | 1,388. |
| | Box 13    Statutory employee | | Locality b | |
| **Box 9** Advance EIC payment | Box 14a Amount | ▼ Description | | **Box 20** Locality name |
| | | | Locality a | NYC |
| **Box 10** Dependent care benefits | Box 14b Amount | ▼ Description | Locality b | |
| **Box 11** Nonqualified plans | Box 14c Amount | ▼ Description | | |

Corrected (W-2c)

**Do not detach.**

## W-2 Record 2

**Box c** Employer's name and full address (including ZIP code)

| | Box 12a Amount | ▼ Code | Box 15 State | Box 16 State wages, tips, etc (for NYS) |
|---|---|---|---|---|
| **Box b** Employer identification number (EIN) | | | | |
| | Box 12b Amount | ▼ Code | | **Box 17** New York State income tax withheld |
| **This W-2 record is for** | | | | |
| *(mark an X in one box):* | Box 12c Amount | ▼ Code | | **Box 18** Local wages, tips, etc |
| Taxpayer    Spouse | | | Locality a | |
| **Box 1** Wages, tips, other compensation | Box 12d Amount | ▼ Code | Locality b | |
| | | | | **Box 19** Local income tax withheld |
| **Box 8** Allocated tips | | | Locality a | |
| | Box 13    Statutory employee | | Locality b | |
| **Box 9** Advance EIC payment | Box 14a Amount | ▼ Description | | **Box 20** Locality name |
| | | | Locality a | |
| **Box 10** Dependent care benefits | Box 14b Amount | ▼ Description | Locality b | |
| **Box 11** Nonqualified plans | Box 14c Amount | ▼ Description | | |

Corrected (W-2c)

**Please file this original scannable form with the Tax Department.**
If you or your paid preparer use software to produce this form, it might have a two-dimensional (2-D) barcode on the bottom of this page. It will appear as a rectangular-shaped object with very small boxes and white spaces. This barcode will be used to efficiently process your entries on this form.

1021061030



NYIA6601  01/15/07

**Copy 1 (top):**

| | |
|---|---|
| 1 Wages, tips, other comp. 47721.35 | 2 Federal income tax withheld 7116.41 |
| 3 Social security wages 47721.35 | 4 Social security tax withheld 2958.72 |
| 5 Medicare wages and tips 47721.35 | 6 Medicare tax withheld 691.96 |
| a Control number 005919 73/PSV 086330 | Dept. Corp. Employer use only A 1114 |

c Employer's name, address, and ZIP code
NEW YORK DOWNTOWN
HOSPITAL
170 WILLIAM STREET
NEW YORK NY 10038

| b Employer's FED ID number 13-3049852 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp|Ret. plan|3rd party sick pay |

ef Employee's name, address and ZIP code
MAHA AL-ADHADH MD
69 GOLD STREET 15F
NEW YORK NY 10038

| 15 State Employer's state ID no. NY 13-3049852 | 16 State wages, tips, etc. 47721.35 |
|---|---|
| 17 State income tax 2325.64 | 18 Local wages, tips, etc. 47721.35 |
| 19 Local income tax 1387.88 | 20 Locality name NYC RES |

**W-2** Wage and Tax **2006** Statement
Federal Filing Copy
Copy B to be filed with employee's Federal Income Tax return.    OMB No. 1545-0008

**Copy 2 (bottom):**

| | |
|---|---|
| 1 Wages, tips, other comp. 47721.35 | 2 Federal income tax withheld 7116.41 |
| 3 Social security wages 47721.35 | 4 Social security tax withheld 2958.72 |
| 5 Medicare wages and tips 47721.35 | 6 Medicare tax withheld 691.96 |
| a Control number 005919 73/PSV 086330 | Dept. Corp. Employer use only A 1114 |

c Employer's name, address, and ZIP code
NEW YORK DOWNTOWN
HOSPITAL
170 WILLIAM STREET
NEW YORK NY 10038

| b Employer's FED ID number 13-3049852 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp|Ret. plan|3rd party sick pay |

ef Employee's name, address and ZIP code
MAHA AL-ADHADH MD
69 GOLD STREET 15F
NEW YORK NY 10038

| 15 State Employer's state ID no. NY 13-3049852 | 16 State wages, tips, etc. 47721.35 |
|---|---|
| 17 State income tax 2325.64 | 18 Local wages, tips, e 47721.35 |
| 19 Local income tax 1387.88 | 20 Locality name NYC RES |

**W-2** Wage and Tax **2006** Statement
NY,State Filing Copy
Copy 2 to be filed with employee's State Income Tax return.    OMB No. 1545-0008

Form **8879**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization**

► Do not send to the IRS. This is not a tax return.
► Keep this form for your records. See instructions.

OMB No. 1545-0074

**2005**

Declaration Control Number (DCN)     ►

| | | 00-221672-00198-6 |
|---|---|---|

Taxpayer's name

**MAHA AL-ADHADH**

Spouse's name

Social security number

**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**

Spouse's social security number

| **Part I** | **Tax Return Information – Tax Year Ending December 31, 2005** (Whole Dollars Only) | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | **1** | 45,889. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 38; Form 1040EZ, line 10) | **2** | 5,621. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 39; Form 1040EZ, line 7) | **3** | 5,770. |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 45a; Form 1040EZ, line 11a) | **4** | 149. |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 12) | **5** | |

| **Part II** | **Taxpayer Declaration and Signature Authorization** (Be sure you get and keep a copy of your return) |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2005, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the return or refund, and **(d)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize   RALPH E. ROSENBAUM CPA   to enter my PIN   90270   as my signature

ERO firm name                     do not enter all zeros

on my tax year 2005 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature   ►                     Date ►

**Spouse's PIN: check one box only**

[ ] I authorize                     to enter my PIN                     as my signature

ERO firm name                     do not enter all zeros

on my tax year 2005 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature   ►                     Date ►

**Practitioner PIN Method Returns Only — continue below**

| **Part III** | **Certification and Authentication — Practitioner PIN Method Only** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN   22167266666

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2005 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature   ►                     Date ►   03/28/06

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**BAA For Privacy Act and Paperwork Reduction Act Notice, see instructions**          Form **8879** (2005)

FDIA1701   12/13/05

Form **9325**
(Rev November 2005)

Department of the Treasury — Internal Revenue Service

## Acknowledgement and General Information for Taxpayers Who File Returns Electronically

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

Thank you for taking part in the IRS *e-file* Program.    MAHA AL-ADHADH
_____
(Taxpayer Name)

69 GOLD ST APT 15F
_____
(Taxpayer Address optional)

NEW YORK NY 10038

1  [X]  Your federal income tax return/extension for  2005   was filed electronically with the  Andover
Submission Processing Center of the IRS by the services of  RALPH E. ROSENBAUM CPA           .

2  [X]  Your return was accepted by the IRS on  03/28/2006   and the Declaration Control Number (DCN) assigned to your return is
00-221672-00198-6

a  [X]  Your return was accepted using a PIN (You entered a PIN or authorized the Electronic Return Originator to enter a PIN for you.)

b  [ ]  Your return was accepted electronically without a PIN. A Form 8453 signature document is required. Please contact your Electronic
Return Originator if you have not already completed a Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return.

3  [ ]  Your return was **'conditionally'** accepted by the IRS on _____. The Earned Income Credit or a Dependent's
Exemption on your return may be reduced or disallowed due to a Child's Name and Social Security Number mismatch.

4  [ ]  Debt Indicator Code — Part or all of your refund may be offset to a debt owed to the Internal Revenue Service, the Office of Child
Support Enforcement, or other government agency.

5  [ ]  Your electronic funds withdrawal payment was accepted.

6  [ ]  Your electronic funds withdrawal payment was NOT accepted. You must pay the balance due by April 17, 2006.

7  [ ]  Your Form 4868 extension was accepted by the IRS on _____
and the Declaration Control Number (DCN) assigned to your extension is _____ .

PLEASE DO NOT SEND A PAPER COPY OF YOUR RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF
THE RETURN.

### If You Need to Make a Change to Your Return

If you need to make a change or correct the return you filed electronically, you should send a Form 1040X, Amended U.S. Individual Income
Tax Return, to the IRS submission processing center that processes paper returns for your area. The address is available at **www.irs.gov**, or
you can call the IRS toll-free at 1-800-829-1040.

### If You Need to Ask About Your Refund

The IRS will notify your Electronic Return Originator (ERO) when they accept your return, usually within 48 hours. If your return wasn't
accepted, the IRS will notify your ERO of the reasons for rejection. If it has been more than three weeks since the IRS accepted your return and
you have not received your refund, go to **www.irs.gov** and click on 'Where's My Refund' then on 'Go Get My Refund Status.' Exception: If box 3
above is checked, please allow 4 to 6 weeks for processing of conditionally accepted returns. Also, you can call the IRS toll-free Tele-Tax
return information number, 1-800-829-4477, to check the status of your refund. **You will need to know the first social security number shown
on your return, your filing status, and the exact amount of the refund you expect.** Tele-Tax should give you the date for mailing or depositing
your refund. You should receive your refund check within 30 days of the date given by Tele-Tax, or within one week of that date if you chose
direct deposit. If you don't receive it by then, or if Tele-Tax does not give your refund information, call the IRS office at 1-800-829-1954.

**BAA**                          FDIA7212   11/21/05                          Form **9325** (Rev 11-2005)

MAHA AL–ADHADH                                                          613–19–0270        Page 2

## If You Owe Tax

If your e-filed return has a balance due, you must pay the amount you owe by April  17th  . If you paid by electronic funds withdrawal (direct debit) or by credit card while e-filing your return, no voucher is needed. To use your credit card to pay by phone or Internet, you may call, toll free, 1-800-2PAY-TAX(SM) (1-800-272-9829), or 1-888-PAY-1040(SM) (1-888-729-1040), or visit **www.officialpayments.com** or **www.PAY1040.com.** You may use a VISA(R) card, American Express(R) Card, Discover Card(R) or MasterCard(R) card. The service providers, based on the amount you are paying, will charge a convenience fee. The fees may vary between providers. You will be told the amount of the fee during the transaction and you will be given the option to either continue or end the transaction.

If you are not paying electronically, you may use the payment voucher, Form 1040-V, you will receive in the mail or you can obtain a payment voucher from your electronic filer. If the IRS doesn't receive your payment by April  17th  , you will receive a notice that requests full payment of the tax due, plus penalties and interest. If you can't pay the amount in full, please complete Form 9465, Installment Agreement Request. You may electronically file Form 9465. To obtain a paper Form 9465, you may call 1-800-829-3676 or visit **www.irs.gov.** Mail the paper form to the address in the form's instructions.

## If You Need to Inquire About Your Electronic Funds Withdrawal Payment

You can call 1-888-353-4537, toll-free, to inquire about the status of an electronic funds withdrawal payment. If there is a change to the bank account information included on your return, you should call this number to cancel a scheduled payment. You will need the social security number of the first person listed on the tax return, the payment amount and the bank account number. Cancellation requests must be received no later than 8:00 p.m. Eastern Time, two business days prior to the scheduled payment date.

## Refund Anticipation Loans

A refund anticipation loan is a loan made to you based on the refund you expect to receive. This loan is a contract between you and a lender. The IRS is not involved in this contract, can't grant or deny the loan, and can't answer any questions about it. **If you have any questions about a refund anticipation loan, contact your electronic filer or the lender.**

```
You have requested a refund check mailed to your home address.
You should expect your refund check to be mailed by 04/14/2006**.
Please see line 4 above – "Debt Indicator Code" – for further refund information.

**The IRS does not guarantee a specific date that a refund will be
mailed to a taxpayer's home address.
```

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return  2005**  (99)  IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2005, or other tax year beginning _____, 2005, ending _____, 20 ___

OMB No. 1545-0074

**Label**
(See instructions.)

| Your first name | MI | Last name | Your social security number |
|---|---|---|---|
| MAHA | | AL-ADHADH | 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 |

If a joint return, spouse's first name  MI  Last name

Spouse's social security number

**Use the IRS label. Otherwise, please print or type.**

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.
69 GOLD ST   15F

▲ You **must** enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
NEW YORK   NY  10038

**Presidential Election Campaign**
► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) .............. ►  ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a ...........
 b ☐ Spouse

Boxes checked on 6a and 6b  **1**

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|---|
| (1) First name | Last name | | | |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of children on 6c who:
• lived with you .....
• did not live with you due to divorce or separation (see instrs)

Dependents on 6c not entered above

If more than four dependents, see instructions.

Add numbers on lines above ►  **1**

d Total number of exemptions claimed ......................................  **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ........................... | 7 | 45,221. |
| 8a | Taxable interest. Attach Schedule B if required ........................ | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ......... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required ...................... | 9a | |
| b | Qualifd divs (see instrs) .................. 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ........ | 10 | 668. |
| 11 | Alimony received ................................................ | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ................. | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ........ ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ............................ | 14 | |
| 15a | IRA distributions ......... 15a | b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities .... 16a | b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ............................. | 18 | |
| 19 | Unemployment compensation ........................................ | 19 | |
| 20a | Social security benefits ......... 20a | b Taxable amount (see instrs) | 20b | |
| 21 | Other income ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 45,889. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) .......................... | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ....... | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ........ | 25 | |
| 26 | Moving expenses. Attach Form 3903 ...................... | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ........ | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ............ | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) .. | 29 | |
| 30 | Penalty on early withdrawal of savings .................... | 30 | |
| 31a | Alimony paid b Recipient's SSN .... ► | 31a | |
| 32 | IRA deduction (see instructions) .......................... | 32 | |
| 33 | Student loan interest deduction (see instructions) .......... | 33 | |
| 34 | Tuition and fees deduction (see instructions) .............. | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 ... | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 ...................................... | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 45,889. |

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FDIA0112  11/07/05   Form **1040** (2005)

Form **1040** (2005)   MAHA AL-ADHADH                                    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    Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38  Amount from line 37 (adjusted gross income) .......................... | 38 | 45,889. |

**39a** Check if:  ☐ **You** were born before January 2, 1941,  ☐ Blind. **Total boxes**
☐ **Spouse** was born before January 2, 1941,  ☐ Blind. **checked ▶ 39a**

**b** If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here .................. ▶ 39b ☐

**Standard Deduction for —**
- **People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.**
- **All others:**

Single or Married filing separately, $5,000

Married filing jointly or Qualifying widow(er), $10,000

Head of household, $7,300

| | | |
|---|---|---|
| 40  Itemized deductions (from Schedule A) or your standard deduction (see left margin) ... | 40 | 6,875. |
| 41  Subtract line 40 from line 38 ................................. | 41 | 39,014. |
| 42  If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d .... | 42 | 3,200. |
| 43  **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- ...................... | 43 | 35,814. |
| 44  Tax (see instrs). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 ...... | 44 | 5,621. |
| 45  **Alternative minimum tax** (see instructions). Attach Form 6251 .............. | 45 | |
| 46  Add lines 44 and 45 ........................................ ▶ | 46 | 5,621. |

| | | |
|---|---|---|
| 47  Foreign tax credit. Attach Form 1116 if required ........... | 47 | |
| 48  Credit for child and dependent care expenses. Attach Form 2441 ... | 48 | |
| 49  Credit for the elderly or the disabled. Attach Schedule R ... | 49 | |
| 50  Education credits. Attach Form 8863 ................ | 50 | |
| 51  Retirement savings contributions credit. Attach Form 8880 ... | 51 | |
| 52  Child tax credit (see instructions). Attach Form 8901 if required ... | 52 | |
| 53  Adoption credit. Attach Form 8839 .................. | 53 | |
| 54  Credits from: **a** ☐ Form 8396  **b** ☐ Form 8859 ...... | 54 | |
| 55  Other credits. Check applicable box(es):  **a** ☐ Form 3800  **b** ☐ Form 8801  **c** ☐ Form ___ | 55 | |

| | | |
|---|---|---|
| 56  Add lines 47 through 55. These are your **total credits** ................... | 56 | |
| 57  Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ........ ▶ | 57 | 5,621. |

**Other Taxes**

| | | |
|---|---|---|
| 58  Self-employment tax. Attach Schedule SE ......................... | 58 | |
| 59  Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| 60  Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required ... | 60 | |
| 61  Advance earned income credit payments from Form(s) W-2 .............. | 61 | |
| 62  Household employment taxes. Attach Schedule H ..................... | 62 | |
| 63  Add lines 57-62. This is your **total tax** ........................ ▶ | 63 | 5,621. |

**Payments**

*If you have a qualifying child, attach Schedule EIC.*

| | | | |
|---|---|---|---|
| 64  Federal income tax withheld from Forms W-2 and 1099 ...... | 64 | 5,770. | |
| 65  2005 estimated tax payments and amount applied from 2004 return ........ | 65 | | |
| 66a  **Earned income credit (EIC)** ................ | 66a | | |
| **b** Nontaxable combat pay election ... ▶ 66b | | | |
| 67  Excess social security and tier 1 RRTA tax withheld (see instructions) ...... | 67 | | |
| 68  Additional child tax credit. Attach Form 8812 ............ | 68 | | |
| 69  Amount paid with request for extension to file (see instructions) ........ | 69 | | |
| 70  Payments from:  **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 70 | | |
| 71  Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** ............. ▶ | 71 | 5,770. |

**Refund**

Direct deposit?
See instructions and fill in 73b, 73c, and 73d.

| | | |
|---|---|---|
| 72  If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** ... | 72 | 149. |
| 73a  Amount of line 72 you want **refunded to you** ...................... ▶ | 73a | 149. |

**▶ b** Routing number ☐ XXXXXXXXX   **▶ c** Type: ☐ Checking ☐ Savings
**▶ d** Account number ☐ XXXXXXXXXXXXXXXX

| | | |
|---|---|---|
| 74  Amount of line 72 you want applied to your 2006 estimated tax ... ▶ | 74 | |

**Amount You Owe**

| | | |
|---|---|---|
| 75  **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see instructions .......... ▶ | 75 | |
| 76  Estimated tax penalty (see instructions) ................ | 76 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete the following. ☐ **No**

Designee's name ▶ Preparer    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**
Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| ▶ Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | PHYSICIAN | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date 03/28/2006 | Check if self-employed ☒ | Preparer's SSN or PTIN P00284649 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | RALPH E. ROSENBAUM CPA | | EIN  22-2663919 |
| | 196 MAIN ST #204 | | |
| | MATAWAN        NJ  07747 | | Phone no. (732) 441-1818 |

| SCHEDULE A (Form 1040) | Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040. ► See Instructions for Schedule A (Form 1040). | **2005** Attachment Sequence No. **07** |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| MAHA AL-ADHADH | 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 |

| Medical and Dental Expenses | | **Caution.** Do not include expenses reimbursed or paid by others. | | |
|---|---|---|---|---|
| | 1 | Medical and dental expenses (see instructions) .......... | 1 | |
| | 2 | Enter amount from Form 1040, line 38 ..... 2 | | |
| | 3 | Multiply line 2 by 7.5% (.075) .......... | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- ........... | 4 | |

| Taxes You Paid (See instructions.) | 5 | State and local **(check only one box):** a ☒ Income taxes, **or** b ☐ General sales taxes (see instructions) | 5 | 3,373. |
|---|---|---|---|---|
| | 6 | Real estate taxes (see instructions) .......... | 6 | |
| | 7 | Personal property taxes .......... | 7 | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | |
| | 9 | Add lines 5 through 8 .......... | 9 | 3,373. |

| Interest You Paid (See instructions.) Note. Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | |
|---|---|---|---|---|
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► _____ _____ _____ | 11 | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | |
| | 14 | Add lines 10 through 13 .......... | 14 | |

| Gifts to Charity If you made a gift and got a benefit for it, see instructions. | 15 a | Total gifts by cash or check. If you made any gift of $250 or more, see instrs | 15a | 600. |
|---|---|---|---|---|
| | b | Gifts by cash or check after August 27, 2005, that you elect to treat as qualified contributions (see instructions) 15b | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 16 | 495. |
| | 17 | Carryover from prior year .......... | 17 | |
| | 18 | Add lines 15a, 16, & 17 .......... | 18 | 1,095. |

| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) .......... | 19 | |
|---|---|---|---|---|

| Job Expenses and Certain Miscellaneous Deductions (See instructions.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _____ See Statement _____ 3,125. | 20 | 3,125. |
|---|---|---|---|---|
| | 21 | Tax preparation fees .......... | 21 | 200. |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► _____ | 22 | |
| | 23 | Add lines 20 through 22 .......... | 23 | 3,325. |
| | 24 | Enter amount from Form 1040, line 38 ..... 24 45,889. | | |
| | 25 | Multiply line 24 by 2% (.02) .......... | 25 | 918. |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- .......... | 26 | 2,407. |

| Other Miscellaneous Deductions | 27 | Other — from list in the instructions. List type and amount ► _____ | 27 | |
|---|---|---|---|---|

| Total Itemized Deductions | 28 | Is Form 1040, line 38, over $145,950 (over $72,975 if MFS)? ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40. ☐ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | 28 | 6,875. |
|---|---|---|---|---|
| | 29 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.          FDIA0301   11/18/05          Schedule A (Form 1040) 2005

Form **2106-EZ**

Department of the Treasury
Internal Revenue Service    (99)

## Unreimbursed Employee Business Expenses

► Attach to Form 1040.

OMB No. 1545-0074

**2005**

Attachment
Sequence No. **54A**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| MAHA AL-ADHADH | PHYSICIAN | 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 |

**You May Use This Form Only if All of the Following Apply.**

- You are an employee deducting ordinary and necessary expenses attributable to your job. An ordinary expense is one that is common and accepted in your field of trade, business, or profession. A necessary expense is one that is helpful and appropriate for your business. An expense does not have to be required to be considered necessary.

- You **do not** get reimbursed by your employer for any expenses (amounts your employer included in box 1 of your Form W-2 are not considered reimbursements for this purpose).

- If you are claiming vehicle expense, you are using the standard mileage rate for 2005.

    **Caution:** *You can use the standard mileage rate for 2005 only if: (a) you owned the vehicle and used the standard mileage rate for the first year you placed the vehicle in service, or (b) you leased the vehicle and used the standard mileage rate for the portion of the lease period after 1997.*

| Part I | Figure Your Expenses | | | |
|---|---|---|---|---|

| 1 | Vehicle expense using the standard mileage rate. Complete Part II and then go to line 1a below. | | | |
|---|---|---|---|---|
| a | Multiply business miles driven **before** September 1, 2005, by 40.5 ¢ (.405) ...... | 1a | | |
| b | Multiply business miles driven **after** August 31, 2005, by 48.5 ¢ (.485) .......... | 1b | | |
| c | Add lines 1a and 1b ................................................................ | | 1c | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc, that **did not** involve overnight travel or commuting to and from work ........................................ | | 2 | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment ................................................ | | 3 | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment .................................................... | | 4 | |
| 5 | Meals and entertainment expenses: $ _____ 900. x 50% (.50) (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 70% (.70) instead of 50%. For details, see instructions.) ............................ | | 5 | 450. |
| 6 | **Total expenses.** Add lines 1c through 5. Enter here and on **Schedule A (Form 1040), line 20.** (Armed Forces reservists, fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter this amount.) ............ | | 6 | 450. |

| Part II | Information on Your Vehicle. **Complete this part only if you are claiming vehicle expense on line 1.** |
|---|---|

7   When did you place your vehicle in service for business use? (month, day, year) ........................ ► __ __ - __ __ - __ __ __ __

8   Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

a Business _____    b Commuting (see instr) _____    c Other _____

| 9 | Do you (or your spouse) have another vehicle available for personal use? ................................... | ☐ Yes | ☐ No |
|---|---|---|---|
| 10 | Was your vehicle available for personal use during off-duty hours? ........................................ | ☐ Yes | ☐ No |
| 11 a | Do you have evidence to support your deduction? ....................................... | ☐ Yes | ☐ No |
| b | If 'Yes,' is the evidence written? .................................................. | ☐ Yes | ☐ No |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**    Form **2106-EZ** (2005)

FDIA7501   01/10/06

| Schedule A Lines 20, 22, 27 | Miscellaneous Itemized Deductions Statement ► Attach to return (after all IRS forms) | 2005 Statement _____ |
|---|---|---|

| Name(s) Shown on Return | Social Security Number |
|---|---|
| MAHA AL-ADHADH | 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 |

## Employee Business Expenses — Subject to 2% Limitation

| | | | | |
|---|---|---|---|---|
| 1 | Unreimbursed employee expenses from Form 2106 ........................... | 1 | | 450. |
| 2 | Excluded expenses from Form 2555 ......................................... | 2 | | |
| 3 | Excess educator expenses from the Educator Expenses Worksheet .......... | 3 | | |
| 4 | Union and professional dues ................................................ | 4 | | |
| 5 | Professional subscriptions ................................................. | 5 | | |
| 6 | Uniforms and protective clothing .......................................... | 6 | | 350. |
| 7 | Job search costs ............................................................ | 7 | | |
| 8 | Other: | | | |
| | MEDICAL BOOKS/SUPPLIES | 8 | | 650. |
| | EXAMINATIONS | | | 800. |
| | BUSINESS TELEPHONE | | | 750. |
| | LAUNDRY | | | 125. |
| 9 | **Total unreimbursed employee business expenses (combine lines 1 - 8) ....** | 9 | | 3,125. |

## Miscellaneous Expenses — Subject to 2% Limitation

Investment Expense ↓

| | | | |
|---|---|---|---|
| 10 | Depreciation and amortization deductions ................................. | 10 | |
| 11 | Casualty/theft losses of property used in services as an employee ....... | 11 | |
| 12 | REMIC expenses, from Schedule E ......................................... | 12 | |
| 13 | Investment expenses related to interest and dividend income ............. | 13 | |
| 14 | Deductions related to portfolio income, miscellaneous deductions, and excess deductions on termination, from Schedule(s) K-1 ................. | 14 | |
| 15 | Miscellaneous deductions excluded on Form 2555 ......................... | 15 | |
| 16 | Investment counsel and advisory fees ..................................... | 16 | |
| 17 | Certain attorney and accounting fees ..................................... | 17 | |
| 18 | Safe deposit box rental fees .............................................. | 18 | |
| 19 | IRA custodial fees ......................................................... | 19 | |
| 20 | Loss incurred from total distribution of all traditional IRAs ............... | 20 | |
| 21 | Loss incurred from total distribution of all Roth IRAs ..................... | 21 | |
| 22 | Other: | 22 | |
| 23 | **Total miscellaneous expenses (combine lines 10 through 22) ................** | 23 | |

## Other Miscellaneous Deductions — Not Subject to 2% Limitation

| | | | |
|---|---|---|---|
| 24 | Deductions related to portfolio income, from Schedule(s) K-1 ............ | 24 | |
| 25 | Federal estate tax paid on decedent's income reported on this return ........ | 25 | |
| 26 | Miscellaneous deductions excluded on Form 2555 .......................... | 26 | |
| 27 | Impairment-related expenses of a handicapped employee, from Form 2106 .. | 27 | |
| 28 | Amortizable bond premiums on bonds acquired before 10/23/86 ............. | 28 | |
| 29 | Gambling losses (to the extent of gambling income) .......................... | 29 | |
| 30 | Casualty/theft losses of income-producing property .......................... | 30 | |
| 31 | Other miscellaneous deductions: | 31 | |
| 32 | **Total other miscellaneous deductions (combine lines 24 through 31) .......** | 32 | |

## New York State E-file Signature Authorization for Tax Year 2005
### Electronic return originators (EROs) should not mail this form to the Tax Department.

Taxpayer name:  MAHA AL-ADHADH

Spouse name:
*(jointly filed return only)*

### Purpose

Form TR-579 must be completed to authorize EROs to enter the taxpayer personal identification number (PIN) as the electronic signature for electronic personal income tax returns or electronic funds withdrawals, or both.

### General Instructions

Taxpayers must complete Part A.1 or Part A.2 under the following circumstances:

1. Complete Part A.1 prior to transmitting the taxpayers' electronically filed Forms IT-150, *Resident Income Tax Return (short form)*; IT-201, *Resident Income Tax Return (long form)*; and IT-203, *Nonresident and Part-Year Resident Income Tax Return.*

2. Complete Part A.2 prior to transmitting electronically file Form IT-370, *Application for Automatic Six-Month Extension of Time to File for Individuals*, when the payments are made by electronic funds transfers. Complete a separate Form TR-570 for subsequently filed Forms IT-150, IT-201, and IT-203.

**Important:** You do not have to complete Form TR-579 for Form IT-370 extension requests if payments are not required, payments are made with paper checks, or you are using the department's Internet extension application.

EROs must complete Part B prior to transmitting electronically filed income tax returns (Forms IT-150, IT-201, and IT-203).

For returns filed jointly, both spouses must complete and sign Form TR-579 and enter their five-digit PIN.

Do not mail Form TR-579 to the Tax Department. EROs must keep this form for three years and present it to the Tax Department upon request.

---

### Part A.1 — Declaration of taxpayer and authorizations for Forms IT-150, IT-201, and IT-203

Under penalty of perjury, I declare that I have examined the information on my 2005 New York State electronic personal income tax return, including any accompanying schedules, attachments, and statements, and to the best of my knowledge and belief, my electronic return is true, correct, and complete. My ERO has my consent to send my 2005 New York State electronic return to the New York State through the Internal Revenue Service. I authorize the ERO to enter my PIN as my signature on my 2005 New York State electronic return, or I will enter my PIN as my signature on my 2005 New York State electronic return. If I am paying my New York State personal income taxes owed by electronic funds withdrawal, I authorize the New York State Tax Department and its designated financial agents to initiate an electronic funds withdrawal from the financial institution account indicated on my 2005 electronic return, and I authorize my financial institution to debit the entry to my account.

Enter the five-digit PIN used as the signature on the electronic return:

90270 (taxpayer)     (spouse)

Taxpayer's signature: _____     Date: _____

Spouse's signature: _____     Date: _____
*(joint filed return only)*

---

### Part A.2 — Taxpayer authorization for electronic funds withdrawal for Form IT-370

I authorize my ERO to transmit the information necessary for the New York State Tax Department to initiate an electronic funds withdrawal from the designated bank account for payment of my taxes indicated on my 2005 electronic extension request. I authorize the New York State Tax Department and its designated financial agents to initiate an electronic funds withdrawal from the financial institution account indicated on my 2005 electronic extension request, and I authorize my financial institution to debit the entry to the account.

Enter the five-digit PIN transmitted with your electronic funds withdrawal request:

(taxpayer)     (spouse)

Taxpayer's signature: _____     Date: _____

Spouse's signature: _____     Date: _____
*(joint filed return only)*

---

### Part B — Declaration of electronic return originator (ERO) and paid preparer

Under penalty of perjury, I declare that the information contained in this 2005 New York State electronic personal income tax return is the information furnished to me by the taxpayer. If the taxpayer furnished me a completed paper 2005 New York State personal income tax return signed by a paid preparer, I declare that the information contained in the taxpayer's 2005 New York State electronic personal income tax return is identical to that contained in the paper return. If I am the paid preparer, under the penalty of perjury I declare that I have examined this 2005 New York State electronic personal income tax return, and to the best of my knowledge and belief, it is true, correct, and complete. I have based this declaration on all information available to me.

ERO's signature: _____     Date: _____

Paid preparer's signature: _____     Date: _____

TR-579 (11/05)

IN                                    NYIA6101  12/20/05

New York State Department of Taxation and Finance

**2005**

# Summary of Federal Form W-2 Statements
### New York State ● New York City ● Yonkers

**IT-2**

| Taxpayer's first name and middle initial | Taxpayer's last name | ▼ Your social security number |
|---|---|---|
| MAHA | AL-ADHADH | 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 |
| Spouse's first name and middle initial | Spouse's last name | ▼ Spouse's social security number |

---

## W-2 Record 1

**Box c** Employer's name and full address (including ZIP code)

NYU DOWNTOWN HOSP
59 MAIDEN LANE                                    NEW YORK                    NY 10038

**Box b** Employer identification number (EIN)
13-3049852

This W-2 is for (mark an X in one box):
Taxpayer  X    Spouse

**Box 1** Wages, tips, other compensation
45,221.

**Box 8** Allocated tips

**Box 9** Advance EIC payment

**Box 10** Dependent care benefits

**Box 11** Nonqualified plans

| | Amount | Code |
|---|---|---|
| **Box 12a** | | |
| **Box 12b** | | |
| **Box 12c** | | |
| **Box 12d** | | |

**Box 13** Statutory employee . . . . . . . . .

**Box 14a** Amount    Code
**Box 14b** Amount    Code
**Box 14c** Amount    Code

**Box 15 State**  NY
**Box 16** State wages, tips, etc (for NYS)
45,221.
**Box 17** New York State income tax withheld
2,083.
**Box 18** Local wages, tips, etc
45,221.
Locality a)
Locality b)
**Box 19** Local income tax withheld
1,290.
Locality a)
Locality b)
**Box 20** Locality name
Locality a) NYC
Locality b)

Corrected (W-2C)

---

## W-2 Record 2

**Box c** Employer's name and full address (including ZIP code)

**Box b** Employer identification number (EIN)

This W-2 is for (mark an X in one box):
Taxpayer      Spouse

**Box 1** Wages, tips, other compensation

**Box 8** Allocated tips

**Box 9** Advance EIC payment

**Box 10** Dependent care benefits

**Box 11** Nonqualified plans

| | Amount | Code |
|---|---|---|
| **Box 12a** | | |
| **Box 12b** | | |
| **Box 12c** | | |
| **Box 12d** | . | |

**Box 13** Statutory employee . . . . . . . . .

**Box 14a** Amount    Code
**Box 14b** Amount    Code
**Box 14c** Amount    Code

**Box 15 State**
**Box 16** State wages, tips, etc (for NYS)
**Box 17** New York State income tax withheld
**Box 18** Local wages, tips, etc
Locality a)
Locality b)
**Box 19** Local income tax withheld
Locality a)
Locality b)
**Box 20** Locality name
Locality a)
Locality b)

Corrected (W-2C)

---

**Please file this original scannable form with the Tax Department.**
If you or your paid preparer use software to produce this form, it might have a two-dimensional (2-D) barcode on the bottom of this page. It will appear as a rectangular-shaped object with very small boxes and white spaces. This barcode will be used to efficiently process your entries on this form.

NYIA6601  01/23/06                                    1021051030



| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 45221.10 | 5769.64 |
| 3 Social security wages | 4 Social security tax withheld |
| 45221.10 | 2803.71 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 45221.10 | 655.71 |

| a Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 005919 73/PSV | 006330 | A | 233 |

c Employer's name, address, and ZIP code

NEW YORK DOWNTOWN
HOSPITAL
59 MAIDEN LANE
NEW YORK NY 10038

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 13-3049852 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

c/f Employer's name, address and ZIP code

MAHA AL-ADHADH MD
69 GOLD STREET 15F
NEW YORK NY 10038

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 13-3049852 | 45221.10 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 2083.10 | 45221.10 |
| 19 Local income tax | 20 Locality name |
| 1290.40 | NYC RES |

**W-2** Wage and Tax **2005**
Statement
NY State Filing Copy
NYC

OMB No. 1545-0008

Copy 2 to be filed with employee's State income tax return.

FOLD AND DETACH HERE

Form **1040**

Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2004** (99) IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

| For the year Jan 1 - Dec 31, 2004, or other tax year beginning | , 2004, ending | , 20 |
|---|---|---|

**Label**
(See instructions.)

**Use the IRS label. Otherwise, please print or type.**

Your first name: MAHA   MI   Last name: AL-ADHADH

Your social security number: 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

If a joint return, spouse's first name   MI   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. Apartment no.
69 GOLD ST   15F

City, town or post office. If you have a foreign address, see instructions.   State: NY   ZIP code: 10038
NEW YORK

▲ **Important!**
You **must** enter your social security number(s) above.

**Presidential Election Campaign**
(See instructions.)

▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?........ ▶ You [ ] Yes [ ] No   Spouse [ ] Yes [ ] No

**Filing Status**

Check only one box.

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a........... }
b [ ] **Spouse** ................................................

Boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see instrs)

Dependents on 6c not entered above

If more than four dependents, see instructions.

Add numbers on lines above ▶ 1

d Total number of exemptions claimed ...................................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 21,295. |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a............ 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualifd divs (see instrs) ............................. 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ........ ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions .......... 15a | b Taxable amount (see instrs) .. | 15b | |
| 16a | Pensions and annuities ... 16a | b Taxable amount (see instrs) .. | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | |
| 18 | Farm income or (loss). Attach Schedule F. | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ......... 20a | b Taxable amount (see instrs) .. | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 21,295. |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | IRA deduction (see instructions) | 25 | |
| 26 | Student loan interest deduction (see instructions) | 26 | |
| 27 | Tuition and fees deduction (see instructions) | 27 | |
| 28 | Health savings account deduction. Attach Form 8889 | 28 | |
| 29 | Moving expenses. Attach Form 3903 | 29 | 800. |
| 30 | One-half of self-employment tax. Attach Schedule SE | 30 | |
| 31 | Self-employed health insurance deduction (see instrs) | 31 | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | 32 | |
| 33 | Penalty on early withdrawal of savings | 33 | |
| 34a | Alimony paid  b Recipient's SSN .... ▶ | 34a | |
| 35 | Add lines 23 through 34a | 35 | 800. |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ................. ▶ | 36 | 20,495. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FDIA0112  11/10/04   Form **1040** (2004)

Form 1040 (2004)   MAHA  AL-ADHADH                                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      Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 37 Amount from line 36 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . . | 37 | 20,495. |

**Tax and Credits**

**Standard Deduction for —**
- People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

37 Amount from line 36 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . **37** 20,495.

38a Check if: ☐ You were born before January 2, 1940, ☐ Blind. **Total boxes**
☐ Spouse was born before January 2, 1940, ☐ Blind. **checked ▶ 38a** ☐

b If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here . . . . . . . . . . . . . . . . . . . . ▶ **38b** ☐

39 Itemized deductions (from Schedule A) or your standard deduction (see left margin) . . . . . . . . . . . **39** 6,305.

40 Subtract line 39 from line 37 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **40** 14,190.

41 If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions . . . . . . . . . . . **41** 3,100.

42 Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- . . . . . . . . . . . **42** 11,090.

43 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 . . . . . . **43** 1,304.

44 **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . . **44**

45 Add lines 43 and 44 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **45** 1,304.

46 Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . **46**

47 Credit for child and dependent care expenses. Attach Form 2441 . . . . **47**

48 Credit for the elderly or the disabled. Attach Schedule R . . . . . **48**

49 Education credits. Attach Form 8863 . . . . . . . . . . . . . **49**

50 Retirement savings contributions credit. Attach Form 8880 . . . . . **50**

51 Child tax credit (see instructions) . . . . . . . . . . . . . . . . . **51**

52 Adoption credit. Attach Form 8839 . . . . . . . . . . . . . . . **52**

53 Credits from: a ☐ Form 8396 b ☐ Form 8859 . . . . . . . **53**

54 Other credits. Check applicable box(es): a ☐ Form 3800
b ☐ Form 8801 c ☐ Specify _____ **54**

55 Add lines 46 through 54. These are your **total credits** . . . . . . . . . . . **55**

56 Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- . . . . . . . . ▶ **56** 1,304.

**Other Taxes**

57 Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . **57**

58 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 . . . . . **58**

59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . . **59**

60 Advance earned income credit payments from Form(s) W-2 . . . . . . . . . **60**

61 Household employment taxes. Attach Schedule H . . . . . . . . . . . . . **61**

62 Add lines 56-61. This is your **total tax** . . . . . . . . . . . . . . . . . . ▶ **62** 1,304.

**Payments**

If you have a qualifying child, attach Schedule EIC.

63 Federal income tax withheld from Forms W-2 and 1099 . . . . **63** 2,767.

64 2004 estimated tax payments and amount applied from 2003 return . . **64**

65a Earned income credit (EIC) . . . . . . . . . . . . . . . . . **65a**

b Nontaxable combat pay election . . . ▶ **65b**

66 Excess social security and tier 1 RRTA tax withheld (see instructions) . . . . . . **66**

67 Additional child tax credit. Attach Form 8812 . . . . . . . . . . . **67**

68 Amount paid with request for extension to file (see instructions) . . . . . . **68**

69 Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 **69**

70 Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** . . . . . . . . . . . ▶ **70** 2,767.

**Refund**

Direct deposit? See instructions and fill in 72b, 72c, and 72d.

71 If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** . . . . . **71** 1,463.

72a Amount of line 71 you want **refunded to you** . . . . . . . . . . . ▶ **72a** 1,463.

▶ b Routing number . . . . . . . . XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings

▶ d Account number XXXXXXXXXXXXXXXX

73 Amount of line 71 you want applied to your 2005 estimated tax . . . ▶ **73**

**Amount You Owe**

74 Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions . . . . . **74**

75 Estimated tax penalty (see instructions) . . . . . . . . . . . **75**

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . . ☒ **Yes.** Complete the following. ☐ **No**

Designee's name ▶ **Preparer**   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶   Date   Your occupation **PHYSICIAN**   Daytime phone number

Spouse's signature. If a joint return, **both** must sign. ▶   Date   Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶ _(signature)_   Date 08/09/2005   Check if self-employed ☒   Preparer's SSN or PTIN P00284649

Firm's name (or yours if self-employed), address, and ZIP code   RALPH E. ROSENBAUM CPA
196 MAIN ST #204
MATAWAN                NJ   07747

EIN 22-2663919

Phone no.

Form **1040** (2004)

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2004**
**07**

Name(s) shown on Form 1040
MAHA  AL-ADHADH

Your social security number
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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) . . . . . . . . . . . . . . . . . . . . . | 1 | |
| | 2 | Enter amount from Form 1040, line 37 . . . . . | 2 | | | |
| | 3 | Multiply line 2 by 7.5% (.075) . . . . . . . . . . . . . . . . | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . . . . | 4 | |
| **Taxes You Paid**  (See instructions.) | 5 | State and local (check only one box): | | |
| | a | [X] Income taxes, or | 5 | 1,570. |
| | b | [ ] General sales taxes (see instructions) | | |
| | 6 | Real estate taxes (see instructions) . . . . . . . . . . . . . | 6 | |
| | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . . . . | 7 | |
| | 8 | Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ | 8 | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 1,570. |
| **Interest You Paid**  (See instructions.)  **Note.** Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098 . . . . . . . . . . . | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules . . . . . . . . . . | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | |
| | 14 | Add lines 10 through 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| **Gifts to Charity**  If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 2,500. |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 16 | 495. |
| | 17 | Carryover from prior year . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Add lines 15 through 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 2,995. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . . | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions**  (See instructions.) | 20 | Unreimbursed employee expenses —job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | | See Statement _ _ _ _ _ _ _ _ _ _ _ _ 2,150. | 20 | 2,150. |
| | 21 | Tax preparation fees. . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| | 22 | Other expenses —investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ | 22 | |
| | 23 | Add lines 20 through 22 . . . . . . . . . . . . . . . . . . . . . . . | 23 | 2,150. |
| | 24 | Enter amount from Form 1040, line 37 . . . . . | 24 | 20,495. | | |
| | 25 | Multiply line 24 by 2% (.02) . . . . . . . . . . . . . . | 25 | 410. |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . . . . . . . . . . . . . . . . . | 26 | 1,740. |
| **Other Miscellaneous Deductions** | 27 | Other —from list in the instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if MFS)? | | |
| | | [X] **No.**  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39. | ► 28 | 6,305. |
| | | [ ] **Yes.**  Your deduction may be limited. See instructions for the amount to enter. | | |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301   11/02/04    Schedule A (Form 1040) 2004

Form **3903**

Department of the Treasury
Internal Revenue Service    (99)

**Moving Expenses**

► Attach to Form 1040.

OMB No. 1545-0062

**2004**

62

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| MAHA  AL-ADHADH | 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 |

*Before you begin:*  ✓See the **Distance Test** and **Time Test** in the instructions to find out if you can deduct your moving expenses.
✓If you are a member of the Armed Forces, see the instructions to find out how to complete this form.

| | | | |
|---|---|---|---|
| 1 | Enter the amount you paid for transportation and storage of household goods and personal effects (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Enter the amount you paid for travel and lodging in moving from your old home to your new home (see instructions). **Do not** include the cost of meals . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 800. |
| 3 | Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 800. |
| 4 | Enter the total amount your employer paid you for the expenses listed on lines 1 and 2 that is **not** included in the wages box (box 1) of your Form W-2. This amount should be shown in box 12 of your Form W-2 with code **P** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Is line 3 **more than** line 4? | | |

☐ **No.**  You **cannot** deduct your moving expenses. If line 3 is less than line 4, subtract line 3 from line 4 and include the result on Form 1040, line 7.

☒ **Yes.**  **Moving expense deduction.** Subtract line 4 from line 3. Enter the result here and on Form 1040, line 29 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | 5 | 800.

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**                    Form **3903** (2004)

| Schedule A<br>Lines 20, 22, 27 | **Miscellaneous Itemized Deductions Statement**<br>► Attach to return (after all IRS forms) | **2004**<br>Statement _____ |
|---|---|---|

| Name(s) Shown on Return<br>MAHA  AL-ADHADH | Social Security Number<br>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 |
|---|---|

## Employee Business Expenses — Subject to 2% Limitation

| | | | |
|---|---|---|---:|
| 1 | Unreimbursed employee expenses from Form 2106 ........................... | 1 | |
| 2 | Excluded expenses from Form 2555 .......................................... | 2 | |
| 3 | Excess educator expenses from the Educator Expenses Worksheet ......... | 3 | |
| 4 | Union and professional dues ................................................ | 4 | |
| 5 | Professional subscriptions .................................................. | 5 | |
| 6 | Uniforms and protective clothing ........................................... | 6 | 450. |
| 7 | Job search costs ............................................................ | 7 | |
| 8 | Other: | 8 | 350. |
| | MEDICAL BOOKS | | |
| | BUSINESS TELEPHONE | | 1,040. |
| | MEDICAL SUPPLIES | | 310. |
| 9 | **Total unreimbursed employee business expenses** (combine lines 1 - 8) .... | 9 | 2,150. |

## Miscellaneous Expenses — Subject to 2% Limitation

Investment
Expense ↓

| | | | |
|---|---|---|---|
| 10 | Depreciation and amortization deductions ................................. | 10 | |
| 11 | Casualty/theft losses of property used in services as an employee ....... | 11 | |
| 12 | REMIC expenses, from Schedule E ......................................... | 12 | |
| 13 | Investment expenses related to interest and dividend income ........... | 13 | |
| 14 | Deductions related to portfolio income, miscellaneous deductions, and<br>excess deductions on termination, from Schedule(s) K-1 ................. | 14 | |
| 15 | Miscellaneous deductions excluded on Form 2555 ....................... | 15 | |
| 16 | Investment counsel and advisory fees ..................................... | 16 | |
| 17 | Certain attorney and accounting fees ..................................... | 17 | |
| 18 | Safe deposit box rental fees ............................................... | 18 | |
| 19 | IRA custodial fees ......................................................... | 19 | |
| 20 | Loss incurred from total distribution of all traditional IRAs ............. | 20 | |
| 21 | Loss incurred from total distribution of all Roth IRAs .................... | 21 | |
| 22 | Other: | 22 | |
| 23 | **Total miscellaneous expenses** (combine lines 10 through 22) ................. | 23 | |

## Other Miscellaneous Deductions — Not Subject to 2% Limitation

| | | | |
|---|---|---|---|
| 24 | Deductions related to portfolio income, from Schedule(s) K-1 ........... | 24 | |
| 25 | Federal estate tax paid on decedent's income reported on this return ........ | 25 | |
| 26 | Miscellaneous deductions excluded on Form 2555 ........................ | 26 | |
| 27 | Impairment-related expenses of a handicapped employee, from Form 2106 .. | 27 | |
| 28 | Amortizable bond premiums on bonds acquired before 10/23/86............... | 28 | |
| 29 | Gambling losses (to the extent of gambling income) ...................... | 29 | |
| 30 | Casualty/theft losses of income-producing property ...................... | 30 | |
| 31 | Other miscellaneous deductions: | 31 | |
| 32 | **Total other miscellaneous deductions** (combine lines 24 through 31) ....... | 32 | |

Form **4868**

Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time
To File U.S. Individual Income Tax Return**

For calendar year 2004, or other tax year beginning                , 2004, ending                .

OMB No. 1545-0188

**2004**

| Part I | Identification |
|---|---|

1  Your name(s) (see instructions)

MAHA  AL-ADHADH

Address (see instructions)

69 GOLD ST, Apt. 15F

City, town or post office          State   ZIP code

NEW YORK                NY 10038

2  Your social security number     3  Spouse's social security number

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

| Part II | Individual Income Tax |
|---|---|

| 4 | Estimate of total tax liability for 2004 . . . . . . . . . . . . . . . . . . . . . . $ | 1,304. |
|---|---|---|
| 5 | Total 2004 payments . . . . . . . . . . . | 2,767. |
| 6 | **Balance due.** Subtract 5 from 4 .. | 0. |
| 7 | Amount you are paying . . . . . . . . ▶ | 0. |

**Confirmation Number**

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records. . . . . ▶

**BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**                    Form **4868** (2004)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - ▲ Detach Here ▲ - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
              Where To File Your Extension
Mail Form 4868 (with payment, if applicable) to the address listed below.


  Internal Revenue Service Center
  Andover, MA 05501-0002
```

| Declaration Control Number | New York State E-file Signature Authorization for Tax Year 2004 |
|---|---|
| 00 — 221672 — 01496 — 5 | |

Taxpayer name  MAHA  AL-ADHADH                                    Taxpayer social security number  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

Spouse name  _____                             Spouse social security number  _____

**Purpose:**

1 To certify the truthfulness, correctness, and completeness of the taxpayer's electronic personal income tax return.

2 To authorize an electronic funds withdrawal, if applicable.

3 To authorize the Electronic Return Originator (ERO) to enter the taxpayer's PIN as the taxpayer's electronic signature on the electronic income tax return, and, if applicable, as authorization for an electronic funds withdrawal.

**A. Declaration of taxpayer:**

Under penalty of perjury, I declare that I have examined the information on my 2004 New York State electronic personal income tax return, including any accompanying schedules, attachments, and statements, and to the best of my knowledge and belief, my electronic return is true, correct, and complete. My program participant has my consent to send my 2004 New York State electronic personal income tax return, including any accompanying schedules, attachments, and statements, to New York State directly or through the Internal Revenue Service. If I am paying my New York State personal income taxes owed by electronic funds withdrawal, I authorize the New York State Department of Taxation and Finance and its designated financial agents to initiate an electronic funds withdrawal from my indicated financial institution account, and my financial institution to debit the entry to my account.

**Taxpayer's PIN (check one line only)**

  X  I authorize my ERO RALPH E ROSENBAUM CPA                          to enter my PIN ( 90270 ) as my signature on
my 2004 New York State electronic personal income tax return.

____ I will enter my PIN as my signature on my 2004 New York State electronic personal income tax return.

_____                          07/29/2005
Taxpayer's signature                                               Date

**Spouse's PIN (check one line only)**

____ I authorize my ERO _____                    to enter my PIN ( _____ ) as my signature on
my 2004 New York State electronic personal income tax return.

____ I will enter my PIN as my signature on my 2004 New York State electronic personal income tax return.

_____                          _____
Spouse's signature                                                 Date

**B. Declaration of electronic return originator (ERO) and paid preparer:**

Under penalty of perjury, I declare that the information contained in this 2004 New York State electronic personal income tax return is the information furnished to me by the taxpayer. If the taxpayer furnished me a completed paper 2004 New York State personal income tax return signed by a paid preparer, I declare that the information contained in this 2004 New York State electronic personal income tax return is identical to that contained in the paper return. If I am the paid preparer, under the penalty of perjury I declare that I have examined this 2004 New York State electronic personal income tax return, and to the best of my knowledge and belief, it is true, correct, and complete. This declaration is based on all information of which I have any knowledge.

_____  07/29/2005          _____  07/29/2005
ERO's signature            Date                 Paid preparer's signature   Date

THE ERO MUST RETAIN THIS DOCUMENT FOR 3 YEARS
DO NOT SUBMIT THIS DOCUMENT TO NEW YORK STATE UNLESS REQUESTED TO DO SO

IN                                    NYIA6101  10/27/04

| Form IT-201<br>Line 17 | **Income Adjustments Statement**<br>► Attach to return after all other forms | **2004**<br>Statement    1 |
|---|---|---|

| Name as Shown on Return<br>MAHA   AL-ADHADH | Social Security No.<br>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 |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Educator expenses ................................................. | 1 | |
| 2 | Certain business expenses of reservists, performing artists, and fee-basis government officials ........................................................ | 2 | |
| 3 | IRA deduction ...................................................... | 3 | |
| 4 | Student loan interest deduction ..................................... | 4 | |
| 5 | Tuition and fees deduction .......................................... | 5 | |
| 6 | Health savings account deduction ................................... | 6 | |
| 7 | Moving expenses ................................................... | 7 | 800. |
| 8 | One-half of self-employment tax ..................................... | 8 | |
| 9 | Self-employed health insurance deduction .......................... | 9 | |
| 10 | Self-employed SEP, SIMPLE and qualified plans ..................... | 10 | |
| 11 | Penalty on early withdrawal of savings .............................. | 11 | |
| 12 | Alimony paid ....................................................... | 12 | |
| 13 | Foreign housing deduction .......................................... | 13 | |
| 14 | Jury duty pay given to employer ..................................... | 14 | |
| 15 | Reforestation amortization and expenses ............................ | 15 | |
| 16 | Repayment of sub-pay under the Trade Act of 1974 ................. | 16 | |
| 17 | Expenses from the rental of personal property ....................... | 17 | |
| 18 | Contributions to section 501(c)(18)(D) pension plans ................. | 18 | |
| 19 | Archer MSA deduction .............................................. | 19 | |
| 20 | Deduction for clean-fuel vehicles ................................... | 20 | |
| 21 | Other adjustments .... _____ | 21 | |
| 22 | Total federal adjustments to income ................................. | 22 | 800. |

NYIW2301.SCR  11/19/04

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 21294.67 | 2765.78 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 21294.67 | 1320.27 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 21294.67 | 308.77 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 005919 73/PSV | 006830 | A | 213 |

c Employer's name, address, and ZIP code

NYU DOWNTOWN HOSPITAL
59 MAIDEN LANE
NEW YORK NY 10038

| b Employer's FED ID number | d Employer's SSA number |
|---|---|
| 13-3049852 | 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 |

| 7 Social security tips | 8 Allocated tips |
|---|---|

9 Advance EIC payment | 10 Dependent care benefits

11 Nonqualified plans | 12a See instructions for box 12

14 Other | 12b

| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employer's name, address and ZIP code

MAHA AL-ADHADH MD
69 GOLD STREET 15F
NEW YORK NY 10038

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| NY 13-3049852 | 21294.67 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| 969.42 | 21294.67 |

| 19 Local income tax | 20 Locality name |
|---|---|
| 600.72 | NYC RES |

W—2 Wage and Tax Statement **2004**

Copy B to be filed with employee's Federal income tax return.

Federal Filing Copy
Dept. of the Treasury-IRS
OMB No. 1545-0008

For Privacy Act Notice, get form FTB 1131.

# California Resident Income Tax Return 2003

FORM
**540 2EZ** C1 Side 1

## Step 1

Place label here or print

**Name and Address**

Your first name: M A H A     Initial: N     Last name: A L — A D H A D H

If joint return, spouse's first name: N/A     Initial: Last name:

Number and street, PO Box, or rural route: 4 2 0 2   F O U R T H   A V E     Apt. no.: 3 0 4   PMB no.:

City, town, or post office: S A N   D I E G O     State: C A   ZIP Code: 9 2 1 0 3

## Step 1a

**SSN**

Your social security number: 6 1 3 1 9 0 2 7 0     Spouse's social security number:

**IMPORTANT:** Your social security number is required.

## Step 2

**Filing Status**

Fill in only one.

**Filing Status.** Fill in the circle for your filing status. See page 5.

1 ● Single
2 ○ Married filing jointly
4 ○ Head of household. STOP! See instructions.
5 ○ Qualifying widow(er) with dependent child. Year spouse died _____

## Step 3

**Exemptions**

**Dependent Exemptions**

6   If another person can claim you (or your spouse, if married) as a dependent on his or her tax return, even if he or she chooses not to, fill in this circle ............ ● 6 ○

7   Senior: If you (or if married, your spouse) are 65 or older, enter 1; if both, enter 2 ............ ● 7

8   Number of dependents. (**Do not include yourself or your spouse**). ............ ● 8

Name: _____     Name: _____     Name: _____

## Step 4

**Taxable Income and Credits**

Enclose, but do not staple, any payment.

9   Total wages (Form W-2, box 16) See page 6 ............ ● 9 | 6 5 1 6 1

10   Total interest income (Form 1099-INT, box 1) ............ 10 | 0 0 0

11   Unemployment compensation ............ 11

12   U.S. Social security or railroad retirement ............ 12

13   Add line 9 and line 10. **Caution:** Do not include line 11 and line 12 ............ ● 13 | 6 5 1 6 1

14   Using the 2EZ Table for your filing status, enter the tax for the amount on line 13
     (If you filled in the circle on line 6, STOP. See page 6) ............ 14 | 0 0 0

15   Senior Exemption: If you entered 1 in the box on line 7,
     enter $82. If you entered 2 in the box on line 7, enter $164 ............ 15

16   Nonrefundable renter's credit. See page 7 ............ ● 16

17   Add line 15 and line 16 ............ 17

18   Subtract line 17 from line 14. If zero or less, enter -0- ............ ● 18 | 0 0 0

## Step 5

**Overpaid Tax/ Tax Due/Use Tax**

Attach a copy of your Form(s) W-2.

19   Total tax withheld (Form W-2, box 17) ............ ■ 19 | 6 2 6

20   Overpaid tax. If line 19 is more than line 18, subtract line 18 from line 19 .... ● 20 | 6 2 6

21   Tax due. If line 19 is less than line 18, subtract line 19 from line 18.
     See page 7 ............ 21 | 0 0 0

22   Use tax. See page 7 ............ ● 22 | 0 0 0

**11** Other income (alimony, taxable IRA/Keogh di.., winnings, fees) from Schedule X, line 5
(**enclose Schedule X**). **Not less than "0"** ......................................................... ▶ 11

**12** **TOTAL 5.3% INCOME.** Add lines 5 through 11. (Be sure to subtract any loss(es) in lines 8 or 9) . . . 12    1,649.12
Note: Part-year residents, omit lines 13 and 14 and go to line 15.    ▲ If showing a loss, mark an X in box at left

**13** **NONRESIDENT APPORTIONMENT WORKSHEET:** You **cannot** apportion Mass. wages as shown on Form W-2. Do **not** use this worksheet if you know the exact amount of your Mass. source income. Use **only** when income from employment/business is earned both inside and outside Mass. **and the exact Mass. amount is not known. Basis:** □ working days    □ miles    □ sales    □ other:

N/A

a. Working days (or other basis) outside Massachusetts ......................... 13a

b. Working days (or other basis) inside Massachusetts ......................... 13b

c. Total working days. Add line 13a and line 13b ............................. 13c

d. Nonworking days (holidays, weekends, etc.) ................................ 13d

e. Massachusetts ratio. Divide line 13b by line 13c ......................... ▶ 13e

f. Total income being apportioned (you **cannot** apportion Mass. wages as shown on Form W-2) ..... 13f

g. Massachusetts income. Multiply line 13e by line 13f. Enter here and in appropriate line on page 1  13g

**14** **NONRESIDENT DEDUCTION & EXEMPTION RATIO:** Nonresident taxpayers must complete this item to determine the ratio for apportioning the deductions in lines 16 and 17 below; Schedule Y, lines 3, 5 (see instructions), 7 and 8; the exemptions in line 22a; and the EIC in line 43.

a. Total 5.3% income (from line 12). **Not less than "0"** ...................... 14a    N/A

b. Interest income (smaller of line 7a or line 7b) ............................. ▶ 14b

c. Total capital gain income, if any (total of Schedule B, Part 1, line 7; Schedule B, Part 2, line 13; Schedule D, line 12. **Not less than "0."**) ................................ 14c

d. Total income this return. Add lines 14a, b and c ............................. 14d

e. Non-Massachusetts source income. **Not less than "0"** ...................... ▶ 14e

f. Total income. Add line 14d and line 14e .................................... 14f

g. Deduction and exemption ratio. Divide line 14d by line 14f .................. 14g

**15** Amount paid to Soc. Sec., Medicare, R.R., U.S. or Massachusetts retirement (this amount must be related to income reported on this return).

**Not more than $2,000 per person.** a. You ▶ 23.93 + b. Spouse ▶ N/A   a + b = 15    23.93

**16** Child under age 13, or disabled dependent/spouse care expenses (from worksheet in instructions) ........... ▶ 16    0

**17** Number of dependent member(s) of household under age 12, or dependents age 65 or over (not you or your spouse) as of 12/31/03, or disabled dependent(s) (only if single, head of household or married filing joint return and not claiming line 16).

**Not more than two:** a. ▶ 0 × $3,600 = 0   Nonresidents multiply result by line 14g; part-year residents multiply result by line 2 ........ ▶ 17    0

**18** Rental deduction (rent paid in 2003): a. ▶ 0 ÷ 2 = .....   Not more than $3,000 ($1,500 if married filing separately) ▶ 18    0

Nonresidents, during 2003 did you have a family home or any other dwelling outside Massachusetts to which you generally or customarily returned or intend to return in the future? ○ Yes ○ No. If yes, you do **not** qualify for this deduction.

**19** Other deductions from Schedule Y, line 9 (**enclose Schedule Y**) ..................... ▶ 19    0

**20** **TOTAL DEDUCTIONS.** Add lines 15 through 19 ................................. ▶ 20    23.93

**21** **5.3% INCOME AFTER DEDUCTIONS.** Subtract line 20 from line 12. **Not less than "0"** ... 21    1625.19

**22** Exemption amount (from line 4, item f). a. 3,300.00   Nonresidents multiply line 22a by line 14g. Part-year residents multiply line 22a by line 2. Enter result here ▶ 22    858.90

**23** **5.3% INCOME AFTER EXEMPTIONS.** Subtract line 22 from line 21. **Not less than "0"** ........... 23    766.29
If line 21 is less than line 22, see instructions.

BE SURE TO COMPLETE PAGE 2

2003 Form 1-NR/PY, PAGE 3

FIRST NAME: MAHA    LAST NAME: N. AL-ADHADH    SOCIAL SECURITY NUMBER: 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

| | | |
|---|---|---|
| **24** | **INTEREST AND DIVIDEND INCOME** (from Schedule B, line 38). Not less than "0" ▸ 24 | 0 |
| **25** | **TOTAL TAXABLE 5.3% INCOME.** Add line 23 and line 24 .............. 25 | 766.29 |
| **26** | **TAX ON 5.3% INCOME** (from tax table). If line 25 is more than $24,000, multiply by .053. Note: If choosing the optional 5.85% tax rate, multiply line 25 and the amount in Sch. D, line 20 by .0585. See instr.; fill in oval ▸ 26 | 41 00 |
| **27** | **12% INCOME** from Schedule B, line 39. Not less than "0". ............. a. ▸ _____ × .12 = ... 27 | 0 |
| **28** | **TAX ON LONG-TERM CAPITAL GAINS** (from Schedule D, line 21). Not less than "0." Enclose Schedule D. If filing Schedule D-IS, check box and enclose Schedule D-IS ▸ 28 | 0 |
| **29** | If excess exemptions were used in calculating lines 24, 27 or 28, check box (see instructions) ▸ Credit recapture amount (enclose Sch. H-2; see instructions)    (BC)    (EOA)    (LIH) ▸ 29 | 0 |
| **30** | If you qualify for No Tax Status, check box and enter "0" on line 31 (complete Schedule NTS-L-NR/PY on reverse) ▸ Do not stop. You must complete Form 1-NR/PY. | |
| **31** | **TOTAL INCOME TAX.** Add lines 26 through 29 .......................... 31 | 41.00 |

**CREDITS. Lines 32 through 34. Enclose all applicable schedules.**

▸ 32  N-1    ▸ 33  N/A    ▸ 34  N/A
Limited Income Credit (complete Schedule NTS-L-NR/PY on reverse)    Credits from Schedule Z, line 1    Credits from Schedule Z, line 2

| | | |
|---|---|---|
| **35** | Total credits. Add lines 32 through 34......................... 35 | 0 |
| **36** | **INCOME TAX AFTER CREDITS.** Subtract line 35 from line 31. **Not less than "0"** .... 36 | 41.00 |
| **37** | Voluntary contributions: Total of items a, b, c and d listed below .............. 37 | 0 |

a. Organ Transplant Fund    b. Endangered Wildlife Conserv.    c. Massachusetts AIDS Fund    d. Mass. U.S. Olympic Fund

| | | |
|---|---|---|
| **38** | Use tax due on non-Massachusetts purchases (see instructions). If no use tax due enter "0" ..... ▸ 38 | 0 |
| **39** | **INCOME TAX AFTER CREDITS PLUS CONTRIBUTIONS AND USE TAX.** Add lines 36 through 38 ..... 39 | 41.00 |
| **40** | Massachusetts income tax withheld (enclose all Mass. Forms W-2, W-2G, 1099-G & 1099-R) .... ▸ 40 | 20.83 |
| **41** | 2002 overpayment applied to your 2003 estimated tax (do not enter 2002 refund) ......... ▸ 41 | N/A |
| **42** | 2003 Massachusetts estimated tax payments (do not include amount in line 41) ......... ▸ 42 | 0 |
| **43** | Earned Income Credit. Enter amount from U.S. return. a. _____ × .15 = _____ (Nonresidents, multiply this amount by line 14g; part-year residents multiply this amount by line 2) ▸ 43 Enter number of qualifying children ▸ _____ | 0 |
| **44** | Senior Circuit Breaker Credit (enclose Schedule CB). Part-year residents only ........ ▸ 44 | 0 |
| **45** | Payments made with extension (enclose Form M-4868) ...................... ▸ 45 | 0 |
| **46** | **TOTAL TAX PAYMENTS.** Add lines 40 through 45......................... 46 | 20.83 |
| **47** | **OVERPAYMENT.** If line 39 is smaller than line 46, subtract line 39 from line 46. .... ▸ 47 If line 39 is larger than line 46, go to line 50. If line 39 and line 46 are equal, enter "0" in line 49. | — |
| **48** | Amount of overpayment you want **APPLIED to your 2004 ESTIMATED TAX** ......... ▸ 48 | — |
| **49** | Subtract line 48 from line 47. **THIS IS YOUR REFUND.** Mail to Mass. DOR, PO Box 7000, Boston, MA 02204 ... ▸ 49 | — |

Direct Deposit of Refund. See instructions. Type of account: ▸ ○ Checking ○ Savings

▸ _____ Routing number (first two digits must be 01–12 or 21–32)    _____ Account number

| | | |
|---|---|---|
| **50** | Tax due. If line 39 is larger than line 46, subtract line 46 from line 39. Use Form PV ............ ▸ 50 | 20.17 |

Pay in full. Write Social Security number on lower left corner of check and make payable to Commonwealth of Massachusetts. Mail to Mass. DOR, PO Box 7003, Boston, MA 02204.
(Add to total in line 50, if applicable.)    Interest _____    Penalty _____    M-2210 amt. _____    EX enclose Form M-2210

**BE SURE TO SIGN RETURN ON PAGE 1**

Dept. of the Treasury-IRS

Form W-2 Wage and Tax Statement

200

OMB No. 1545-0008

**COPY 2 For**

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 651.61 | 40.40 |

**Employee's State, City of Local Income Tax Return**

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 651.61 | 40.40 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 651.61 | 9.45 |

c Employer's name, address, and ZIP code

GROSSMONT HOSPITAL CORPORATION
P.O. BOX 158

LA MESA CA 91944

| 7 Social security tips | 8 Allocated tips |
|---|---|

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|

| 11 Nonqualified plans | 14 Other |
|---|---|
| | SDI 5.86 |

b Employer identification number
33-0449527

d Employee social security number
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

| 12a |
| 12b |
| 12c |
| 12d |

13 Statutory employee / Retirement plan X / Third-party sick pay

e Employee's name, address, and ZIP code

MAHA N. AL-ADHADH
4202 FOURTH AVENUE
APARTMENT 304
SAN DIEGO CA 92103

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 925-0035-4 | 651.61 | 6.26 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

**Form**
# 1040EZ

**Income Tax Return for Single and
Joint Filers With No Dependents**  (99)  **2002**

OMB No. 1545-0675

| Label | | |
|---|---|---|
| (See page 14.) | Your first name and initial  MAHA N. | Last name  AL-Adhadh |
| Use the IRS label. | If a joint return, spouse's first name and initial | Last name |
| Otherwise, please print or type. | Home address (number and street). If you have a P.O. box, see page 14.  9249 Village Glen Dr. | Apt. no.  206 |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.  San Diego, CA 92123 | |

Your social security number  613 19 0270

Spouse's social security number

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (page 14)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if a joint return, want $3 to go to this fund? . . . . . .

You  ☐ Yes ☐ No    Spouse  ☐ Yes ☐ No

**Income**

**Attach Form(s) W-2 here.**
Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 1 | Total wages, salaries, and tips. This should be shown in box 1 of your W-2 form(s). Attach your W-2 form(s). | 1 | 6696 40 |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | 2 | — |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see page 16). | 3 | — |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income**. | 4 | 6696 40 |

**Note. You must check Yes or No.**

5 Can your parents (or someone else) claim you on their return?
☐ **Yes.** Enter amount from worksheet on back.
☒ **No.** If single, enter $7,700. If married, enter $13,850. See back for explanation.

| 5 | 7,700 00 |
|---|---|

| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income**. | ▶ | 6 | 0 |
|---|---|---|---|---|

**Payments and tax**

| | | | |
|---|---|---|---|
| 7 | Federal income tax withheld from box 2 of your W-2 form(s). | 7 | 435 69 |
| 8 | Earned income credit (EIC). | 8 | 0 |
| 9 | Add lines 7 and 8. These are your **total payments**. ▶ | 9 | 435 69 |
| 10 | Tax. Use the amount on **line 6** above to find your tax in the tax table on pages 25–29 of the booklet. Then, enter the tax from the table on this line. | 10 | 0 |

**Refund**

Have it directly deposited! See page 21 and fill in 11b, 11c, and 11d.

| 11a | If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund**. ▶ | 11a | 435 69 |
|---|---|---|---|

▶ b Routing number  3 2 2 2 7 1 6 2 7    ▶ c Type: ☒ Checking ☐ Savings

▶ d Account number  3 8 7 4 9 3 8 3 8 9

**Amount you owe**

| 12 | If line 10 is larger than line 9, subtract line 9 from line 10. This is the **amount you owe**. For details on how to pay, see page 22. ▶ | 12 | |
|---|---|---|---|

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see page 22)? ☐ **Yes.** Complete the following. ☒ **No**

Designee's name ▶          Phone no. ▶ (   )          Personal identification number (PIN) ▶

**Sign here**

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See page 13.
Keep a copy for your records.

| Your signature | Date  3/5/03 | Your occupation | Daytime phone number  (858) 627 9543 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

**Paid preparer's use only**

| Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | Phone no. (   ) | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 24.    Cat. No. 11329W    Form **1040EZ** (2002)

# California Resident Income Tax Return 2002

FORM
**540 2EZ**

**L A B E L   H E R E**

| Your first name | Initial | Last name |
|---|---|---|
| MAHA | N. | AL-Adhadh |

| If a joint return, spouse's first name | Initial | Last name |
|---|---|---|

| Number and street, PO Box or rural route | Apt. no. | PMB no. |
|---|---|---|
| 9249 village Glen Dr. | 206 | — |

| City | State | ZIP Code |
|---|---|---|
| San Diego | CA | 92123 |

P
AC
A
R
RP

| Your social security number | If joint return, spouse's social security number |
|---|---|
| 6 1 3 - 1 9 0 2 7 0 | |

**Filing Status.** Fill in the circle for your filing status. See instructions.

1 ● Single
2 ○ Married filing jointly
4 ○ Head of household. **Stop!** See instructions.
5 ○ Qualifying widow(er) with dependent child. (Year spouse died _____ .)
6 If another person can claim you (or your spouse, if married)
   as a dependent on his or her return, even if he or she chooses
   not to fill in this circle ......................................... ● 6 ○
7 Number of dependents. **(Do not include yourself or your spouse)** ● 7

Name:_____ Name:_____ Name:_____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 Total wages (Form W-2, box 16) See instructions . ● | 8 | | | 6 | 9 6 | 4 0 |
| 9 Total interest income (Form 1099-INT, box 1) | 9 | | | | 0 | 0 0 |
| 10 Unemployment compensation . ● | 10 | | | | | |
| 11 Add line 8 and line 9. **Caution:** Do not include line 10 ......... ● | 11 | | | 6 | 9 6 | 4 0 |
| 12 Using the 2EZ Table for your filing status, enter the tax for the amount on line 11 ..... (If you filled in the circle on line 6, **STOP.** See instructions) | 12 | | | | 0 | 0 0 |
| 13 Nonrefundable renter's credit. See instructions ..................... ● | 13 | | | | 0 | 0 0 |
| 14 Subtract line 13 from line 12. If zero or less, enter -0- ..................... ● | 14 | | | | 0 | 0 0 |
| 15 Total tax withheld (Form W-2, box 17) ....... ■ | 15 | | 1 | 3 8 | 4 6 | |
| 16 Overpaid tax. If line 15 is more than line 14, subtract line 14 from line 15 ........... ■ | 16 | | 1 | 3 8 | 4 6 | |
| 17 Tax due. If line 15 is less than line 14, subtract line 15 from line 14 ........... | 17 | | | | | |

**18** Transfer overpaid tax from Side 1, line 16 . . .   **18**    | 1 | 3 | 8 | . | 4 | 6 |

**19** Transfer tax due from Side 1, line 17 . . . . . .   **19**

**Voluntary Contributions. See instructions.** . . . . . . . . . . . . . . . . . . . .

|  |  | Code | Amount |
|---|---|---|---|
| Alzheimer's Disease/Related Disorders Fund | . . . . . . . . . . . . . . . . | ◄ 52 ► | |
| California Fund for Senior Citizens | . . . . . . . . . . . . . . . . . . . . . . | ◄ 53 ► | |
| Rare and Endangered Species Preservation Program | . . . . . . . . | ◄ 54 ► | |
| State Children's Trust Fund for the Prevention of Child Abuse | . . . . | ◄ 55 ► | |
| California Breast Cancer Research Fund | . . . . . . . . . . . . . . . . . . | ◄ 56 ► | |
| California Firefighters' Memorial Fund | . . . . . . . . . . . . . . | ◄ 57 ► | |
| Emergency Food Assistance Program Fund | . . . . . . . . . . . . . . . | ◄ 57 ► | |
| California Peace Officer Memorial Foundation Fund | . . . . . . . . . | ◄ 58 ► | |
| Lupus Foundation of America, California Chapters Fund | . . . . . . . . | ◄ 59 ► | |
| Asthma and Lung Disease Research Fund | . . . . . . . . . . . . . . | ◄ 60 ► | |
|  |  | ◄ 61 ► | |

**20** Add all contributions entered above . . . . . . . ● **20**   | | | | 0 | 00 |

**21 Refund or no amount due.** Subtract line 20
from line 18. **Mail to:** Franchise Tax Board,
PO Box 942840, Sacramento CA 94240-0002 ▨ **21**   | 1 | 3 | 8 | 4 | 6 |

**22 Amount you owe.** If there is an amount
on line 19, add line 19 and line 20. **Mail to:**
Franchise Tax Board, PO Box 942867,
Sacramento CA 94267-0001 . . . . . . . . . . . . ▨ **22**

## Direct Deposit (For Refunds Only)

Fill in the boxes to have your refund directly deposited.
Account Type:

Checking ● ☒    Savings ● ☐    Routing number ● | 3 | 2 | 2 | 7 | 1 | 6 | 2 | 7 |

Account number ● | 3 | 8 | 7 | 4 | 9 | 3 | 8 | 3 | 8 | 2 | | | | | | | |

**Caution:** Do not attach a voided check or a deposit slip. See instructions.

Under penalties of perjury, I declare that, to the best of my knowledge and belief, the information
on this return is true, correct, and complete. It is unlawful to forge a spouse's signature.    **3**

**Sign here** ▶ You: _Ashta Alashhath_    Spouse: _____

Daytime phone number ( 858 ) 627 9543    Date: 3/5/03

**Paid preparer** ▶    _N/A_

Paid preparer's SSN/PTIN

FEIN

Dept. of the Treasury-IRS

OMB No. 1545-0008

**Form W-2 Wage and Tax Statement**

(Rev February 2002)

**2002**

Copy 2 For:

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6696.40 | 435.69 |

Employee's State,
City or Local
Income Tax Return

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 6696.40 | 415.18 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 6696.40 | 97.10 |

c Employer's name, address, and ZIP code

GROSSMONT HOSPITAL CORPORATION
P.O. BOX 158
LA MESA, CA 91944

e Employee's name, address, and ZIP code

MAHA N. AL-ADHADH
9249 VILLAGE GLEN DR.
#206
SAN DIEGO CA 92123

d Employer identification number
33-0495527

b Employee's social security number
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

7 Social security tips | 8 Allocated tips

9 Advance EIC payment | 10 Dependent care benefits

11 Nonqualified plans | 12a
| 12b
| 12c
| 12d

14 Other
SDI    60.27

13 [ ] Statutory employee [ ] Retirement plan [X] Third-party sick pay

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 925-0035-4 | 6696.40 | 138.46 |

| 18 Local wages, tips, etc. | 19 Local income tax |
|---|---|
| | |

**Form 1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2001** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2001, or other tax year beginning _____ , 2001, ending _____ , 20 ___    OMB No. 1545-0074

**Label**
(See instructions on page 19.)
Use the IRS label. Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial: MAHA N. | Last name: AL-ADHADH |

Your social security number: 613 19 0270

If a joint return, spouse's first name and initial _____ Last name _____

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 19.    4050 THIRD AVE.    Apt. no. 308

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.    SAN DIEGO, CA 92103

▲ **Important!**
You must enter your SSN(s) above.

**Presidential Election Campaign**
(See page 19.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

You ☐ Yes ☑ No    Spouse ☐ Yes ☐ No

**Filing Status**

Check only one box.

1 ☑ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ____ ). (See page 19.)

**Exemptions**

6a ☑ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a

b ☐ Spouse

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 20.

No. of boxes checked on 6a and 6b: **1**

No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

Add numbers entered on lines above ▶ **1**

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | $17,710 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a ___ b Taxable amount | 15b | |
| 16a | Total pensions and annuities 16a ___ b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a ___ b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 27) _____ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | $17,710 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | |
| 24 | Student loan interest deduction (see page 28) | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 30) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ▶ | 33 | $17,710 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72.    Cat. No. 11320B    Form **1040** (2001)

Form 1040A (2001)   MAHA N ALADHADH                                                            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        Page 2

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 20 Enter the amount from line 19 (adjusted gross income) .......................... | 20 | 18,133. |

21a Check if:  ☐ **You** were 65 or older    ☐ Blind
              ☐ **Spouse** was 65 or older  ☐ Blind — **Enter number of boxes checked** ▶ 21a ☐

b If you are married filing separately and your spouse itemizes deductions, see instructions and check here .......................... ▶ 21b ☐

**Standard Deduction for —**

● People who checked any box on line 21a or 21b **or** who can be claimed as a dependent, see instructions.

● All others:

Single, $4,550

Head of Household, $6,650

Married filing jointly or Qualifying widow(er), $7,600

Married filing separately, $3,800

| | | |
|---|---|---|
| 22 Enter your **standard deduction** (see left margin) ...................... | 22 | 4,550. |
| 23 Subtract line 22 from line 20. If line 22 is more than line 20, enter 0 ............... | 23 | 13,583. |
| 24 Multiply $2,900 by the total number of exemptions claimed on line 6d ............... | 24 | 2,900. |
| 25 Subtract line 24 from line 23. If line 24 is more than line 23, enter 0. This is your **taxable income** ................................................. ▶ | 25 | 10,683. |
| 26 **Tax,** including any alternative minimum tax (see instructions) .......................... | 26 | 1,601. |

| | | | |
|---|---|---|---|
| 27 Credit for child and dependent care expenses. Attach Schedule 2 | 27 | | |
| 28 Credit for the elderly or the disabled. Attach Schedule 3 ..... | 28 | | |
| 29 Education credits. Attach Form 8863 ...................... | 29 | | |
| 30 Rate reduction credit. See the worksheet in the instructions .... | 30 | 300. | |
| 31 Child tax credit (see instructions) ...................... | 31 | | |
| 32 Adoption credit. Attach Form 8839 ...................... | 32 | | |

| | | |
|---|---|---|
| 33 Add lines 27 through 32. These are your **total credits** ............... | 33 | 300. |
| 34 Subtract line 33 from line 26. If line 33 is more than line 26, enter 0 .............. | 34 | 1,301. |
| 35 Advance earned income credit payments from Form(s) W-2 ............ | 35 | |
| 36 Add lines 34 and 35. This is your **total tax** ...................... ▶ | 36 | 1,301. |

| | | | |
|---|---|---|---|
| 37 Federal income tax withheld from Forms W-2 and 1099 ...... | 37 | 1,812. | |

**If you have a qualifying child, attach Schedule EIC.**

| | | | |
|---|---|---|---|
| 38 2001 estimated tax payments and amount applied from 2000 return | 38 | | |
| 39a **Earned income credit (EIC)** .......................... | 39a | | No |
|   b Nontaxable earned income ... 39b | | | |
| 40 Additional child tax credit. Attach Form 8812 ............ | 40 | | |

| | | |
|---|---|---|
| 41 Add lines 37, 38, 39a, and 40. These are your **total payments** ............... ▶ | 41 | 1,812. |

| | | | |
|---|---|---|---|
| **Refund**  Direct deposit? See instructions and fill in 43b, 43c, and 43d. | 42 If line 41 is more than line 36, subtract line 36 from line 41. This is the amount you overpaid ....... | 42 | 511. |
| | 43a Amount of line 42 you want **refunded to you** ...................... ▶ | 43a | 511. |

▶ **b** Routing number ......... 
   ▶ **c** Type: ☐ Checking   ☐ Savings
   **d** Account number .........

| | | |
|---|---|---|
| 44 Amount of line 42 you want **applied to your 2002 estimated tax** ... | 44 | |

| | | | |
|---|---|---|---|
| **Amount you owe** | 45 **Amount you owe.** Subtract line 41 from line 36. For details on how to pay, see instructions .......................... ▶ | 45 | |
| | 46 Estimated tax penalty (see instructions) ............... | 46 | |

| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ....... ☐ **Yes.** Complete the following. | ☒ **No** |
|---|---|---|

Designee's Name ▶                     Phone No. ▶                Personal Identification Number (PIN) ▶

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions.

Keep a copy for your records.

| Your Signature | Date | Your Occupation  STUDENT | Daytime Phone Number |
|---|---|---|---|
| Spouse's Signature. If a Joint Return, Both Must Sign. | Date | Spouse's Occupation | |

| **Paid preparer's use only** | Preparer's Signature | Date 06/22/2002 | Check if self-employed ☒ | Preparer's SSN or PTIN  P00235144 |
|---|---|---|---|---|
| | Firm's Name (or yours if self-employed), Address, and ZIP Code ▶ | KATCO FINANCIAL SERVICE | | |
| | | 917 EXMOOR WAY | EIN 77-0197492 | |
| | | SUNNYVALE                    CA  940874928 | Phone No. (408) 720-104 | |

Form 1040A (

EMPLOYEE W-2 WAGE SUMMARY 2001

0088-8343 000503

VIKO TECHNOLOGY INC
1605-A MABURY ROAD
SAN JOSE CA 95133

FEDERAL WITHHOLDING EXEMPTIONS    S    0
CA WITHHOLDING EXEMPTIONS         S    0

REGULAR WAGES FOR 2001    8632.80

MAHA N ALADHADH
P O BOX 927226
SAN DIEGO CA 92192

01363

For 2001, you have no payroll adjustments which affected your federal wages (Box 1) or state wages. Therefore, the wages on your final 2001 check statement should be the same as the wages reported on your W-2 statement.

Form W-2 Wage and Tax Statement 2001

Copy C, for employees records

PAYROLLS BY *PAYCHEX*

| a Control number | 0088-8343    002249-000503 | Void | | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 | |
|---|---|---|---|---|---|
| b Employer's identification number 94-2285120 | d Employee's social security number 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 | | | 1 Wages, tips, other compensation 8632.80 | 2 Federal income tax withheld 1096.17 |
| | | | | 3 Social security wages 8632.80 | 4 Social security tax withheld 535.22 |
| c Employer's name, address, and ZIP code VIKO TECHNOLOGY INC 1605-A MABURY ROAD SAN JOSE CA 95133 | | | | 5 Medicare wages and tips 8632.80 | 6 Medicare tax withheld 125.18 |
| | | | | 7 Social security tips | 8 Allocated tips |
| e Employee's name, address, and ZIP code MAHA N ALADHADH P O BOX 927226 SAN DIEGO CA 92192 | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| | | | | 11 Nonqualified plans | |
| 13 Statutory employee    Retirement plan    Third-party sick pay | | | | | |
| 12 See Instrs. for Box 12 | 14 Other CASDI    77.69 | | | | |
| 15 State    Employer's state I.D. No.    16 State wages, tips, etc. | | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| CA    238-5702-2    8632.80 | | 148.48 | | | |

Dept of the Treasury — W-2 Wage and Tax Statement 2001

| | | | |
|---|---|---|---|
| | 1s, tips, other compensation | 2 Federal income tax withheld | |
| | 8238.47 | 646.66 | |
| 3 Social security wages | 4 Social security tax withheld | |
| | 8238.47 | 510.79 | |
| 5 Medicare wages and tips | 6 Medicare tax withheld | |
| | 8238.47 | 119.46 | |

Copy 2 For

Employee's State, City or Local Income Tax Return

c Employer's name, address, and ZIP code

GROSSMONT HOSPITAL CORPORATION
P.O. BOX 158

LA MESA CA 91944

| 7 Social security tips | 8 Allocated tips | 12a |
| 9 Advance EIC payment | 10 Dependent care benefits | 12b |
| 11 Nonqualified plans | 14 Other | 12c |
| | SDI 74.15 | 12d |

b Employer identification number
33-0449527

13 Statutory employee | Retirement plan | Third-party sick pay X

d Employee social security number
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

e Employee's name, address, and ZIP code

MAHA N. AL-ADHADH
4050 THIRD AVE
#308
SAN DIEGO CA 92103

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 925-0035-4 | 8238.47 | 171.5 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 839.29 | 69.50 |
| 3 Social security wages | 4 Social security tax withheld |
| 839.29 | 52.03 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 839.29 | 12.17 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 127309 HW1 | 005490 | T | 3313 |

c Employer's name, address, and ZIP code

HOLLYWOOD ENTERTAINMENT
9275 SW PEYTON LANE
WILSONVILLE OR 97070

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 93-0981138 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| 7.55 CA SDI | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address, and ZIP code

MAHA N ALADHADH
4050 THIRD AVE #308
SAN DIEGO,CA 92103-0000

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 401-9321 1 | 839.29 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 5.21 | | |
| 19 Local income tax | | 20 Locality name |

CA.State Filing Copy
W-2 Wage and Tax Statement 2001
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008