UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MAHA AL ADHADH,

              Petitioner,

     v.

MICHAEL MUKASEY, ATTORNEY GENERAL
OF THE UNITED STATES; MICHAEL
CHERTOFF, SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY;
ROBERT MUELLER, DIRECTOR OF THE
FEDERAL BUREAU OF INVESTIGATIONS;
ROBERT DIVINE, ACTING DIRECTOR, U.S.
CITIZENSHIP AND IMMIGRATION SERVICES;
ANDREA QUARANTILLO, DIRECTOR OF THE
USCIS NEW YORK DISTRICT OFFICE; DENNIS
BUNCE, SECTION CHIEF, NEW YORK
ADJUDICATION SECTION;

              Respondents.
------------------------------------------------------------ x

**ECF CASE**

07 Civ. 10638 (SHS)

<u>NOTICE OF APPEARANCE</u>

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          December 4, 2007

                               Respectfully submitted,

                               MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York

                 By:    /s/ _____
                               KIRTI REDDY
                               Assistant United States Attorney
                               86 Chambers Street, 4th Floor
                               New York, New York 10007
                               Telephone: (212) 637-2751
                               Facsimile: (212) 637-2786
                               Email:kirti.reddy@usdoj.gov

TO:   Law Office of Heidi J. Meyers
      233 Broadway, Suite 801
      New York, NY 10279
      (212) 791-4007