**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
MAHA NAIM AL ADHADH                       :
                                          :
                 Petitioner,              :
                                          :
      -against-                           :  STIPULATION AND ORDER
                                          :
MICHAEL B. MUKASEY, Attorney General of   :  07 Civ. 10638 (LBS)
the United States; MICHAEL CHERTOFF,      :
Secretary of the Department of Homeland   :  (A#: 78 755 159)
Security; ROBERT S. MUELLER III,          :
Director of the Federal Bureau of         :
Investigation; ROBERT DIVINE, Acting      :
Director, USCIS; ANDREA QUARANTILLO,      :
USCIS New York District Office Director;  :
DENNIS BRUCE, Section Chief, New York     :
Adjudication Section; DEPARTMENT OF       :
JUSTICE; DEPARTMENT OF HOMELAND           :
SECURITY; UNITED STATES CITIZENSHIP AND   :
IMMIGRATION SERVICES; FEDERAL BUREAU OF   :
INVESTIGATION,                            :
                                          :
                 Respondents.             :
- - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-08

   IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
       ~~December~~ ___, 2008
       January 4, 2008

                              By: _____
                                  HEIDI J. MEYERS
                                  Attorney for Petitioner
                                  233 Broadway, Suite 801
                                  New York, NY 10279
                                  Telephone No.: (212)791-4007

Dated: New York, New York
~~December~~ January 4, 2007

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York
                            Attorney for Respondents

                  By: _____
                            KIRTI VAIDYA REDDY
                            Assistant United States Attorney
                            86 Chambers Street, 3rd Floor
                            New York, NY 10007
                            Telephone No.: (212) 637-2751

SO ORDERED:

_____
USDJ

1/7/08